Pro Se PETITION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782

FILED 29 AUG '24 15:59 USDC-ORP

# UNITED STATES DISTRICT COURT
for the
District of Oregon

Porland_ Division

| | |
|---|---|
| (1) Xiuling WEI<br>(2) Weiguo WANG<br>(3) Yipeng WANG<br><br>*Petitioners*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br><br>-v-<br><br>PORKBUN, LLC<br><br>*Respondent*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 3:24-MC-880-AN<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☑ No |

## PETITION APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782

I. **The Parties to This Complaint**

A. **The Petitioners**

Provide the information below for each Petitioner named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Xiuling WEI |
| Street Address | 4 Barmouth Street |
| City and County | Manchester, United Kingdom |
| State and Zip Code | M11 3BZ |
| Telephone Number | 00447419000565 |
| E-mail Address | wangwg2000@gmail.com |

B. **The Respondent**

Provide the information below for each Respondent named in the complaint, whether the Respondent is an individual, a government agency, an organization, or a corporation. For an individual respondent, include the person's job or title *(if known)*. Attach additional pages if needed.

108446

Pro Se PETITION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782

Page 2 of 5

**Respondent**

| | |
|---|---|
| Name | PORKBUN, LLC |
| Job or Title *(if known)* | |
| Street Address | 21370 SW Langer Farms Parkway, Suite 142-429,   OR 97140,USA |
| City and County | Sherwood |
| State and Zip Code | Oregon, OR 97140 |
| Telephone Number | +15038508351 |
| E-mail Address *(if known)* | legal@porkbun.com;abuse@porkbun.com |

Pro Se PETITION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question     [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S. Code § 1782 - Assistance to foreign and international tribunals and to litigants before such tribunals

(a)The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. **The Petitioners**

   a.  If the Petitioner is an individual

   The Petitioner *(name)* Yipeng Wang , is a citizen of the State of *(name)* United Kingdom .

   b.  If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
   and has its principal place of business in the State of *(name)*
   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Respondent

   a.  If the respondent is an individual The respondent, _____ , is a citizen of *(name)* _____ . Or is a citizen of the State of *(name)* _____ .
   *(foreign nation)*

    b.    If the respondent is a corporation

The Respondent, *(name)* PORKBUN, LLC, is incorporated under the laws of the State of *(name)* OREGON, and has its principal place of business in the State of *(name)* OREGON

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____

*(If more than one respondent named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The petitioners submit the application to seek for an order authorizing the petitioner to obtain the

Discover from the Respondent under 28 U.S.C. § 1782.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see additional pages attached the Complaint.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Petitioners respectfully request the Court to:

1. Grant the Petitioners for permission/authorization to obtain the discovery from the Respondent.
2. Request the Respondent to produce all documents, emails, and electronic communications relating to the posters listed the below table for the period of between 23 July 2022 and 20 August 2024.

3. Request the Respondent to Provide the content of the corresponding items in the table attached the application.

(Please see additional pages attached the Complaint - List of Documents to discovery).

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/20/2024

Signature of Petitioners: *[signatures]*

Printed Name of Petitioners: (1) Xiuling WEI  (2) Weiguo WANG  (3) Yipeng WANG

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address:

**I. The information of each Petitioner          Additional pages of the Complaint**

- For purposes of communication related to this lawsuit, Plaintiffs can be contacted at: PO Box

PO Box 790, Union City, NJ 07087.

**The Petitioners in the Complaint**

Name: **Yipeng WANG**
Street Address: 4 Barmouth Street
City and County: Manchester,
State and Zip Code: United Kingdom, M11 3BZ
E-mail Address: contact@irisinvest.com

Name: **Xiuling WEI**
Street Address: 4 Barmouth Street
City and County: Manchester,
State and Zip Code: United Kingdom, M11 3BZ
E-mail Address: wangwg2000@gmail.com

Name: **Weiguo WANG**
Street Address: 4 Barmouth Street
City and County: Manchester,
State and Zip Code: United Kingdom, M11 3BZ
E-mail Address: wwg1963@126.com

**I. The information of each Petitioner          Additional pages of the Complaint**

**III. Statement of Claim**           **Additional pages of the Complaint**

III. **Statement of Claim**

### Background of Petition Application

1. **Petitioners**, Xiuling Wei, Yipeng Wang, Weiguo Wang are the Claimants in a proceeding of the claim KB-2023-003483 pending before the High Court of Justice King's Bench Division Media and Communication List court in United Kingdom.

2. **Respondent**, Porkbun LLc, is a corporation organized and existing under the laws of the State of OREGON with its principal place of business in Sherwood, OREGON.

3. **Petitioners**, seek for an order authorizing the petitioner to obtain the Discover from the Respondent under 28 U.S.C. § 1782 for use in the foreign proceeding.

### The Foreign Proceeding

4. Petitioners submit the Petition Application to seek for the Petition, to apply for Discovery for use in the below legal proceeding:

    **Case Number**: KB-2023-003483

    **Court Level**: King's Bench Division (London Only)

    **Court**: High Court of Justice King's Bench Claims (KBD)

## III. Statement of Claim                    Additional pages of the Complaint

**Case Title**: Wei and others v Long and others

**Case Type**: Media and Communication-Part 7 Claim – Break of Privacy

**Status:** Open

**Judge**: Stevens, Master

**Claimants:** (1) Xiuling Wei (2) Weiguo Wang (3) Yipeng Wang

(4) Anastasiia Marchuk

**Defendants:** (1) Jingping Long (2) DNC Holdings, Inc

(3) GateChina, Inc (4) Porkbun, LLC

5. The nature of the case is Breach of Privacy, Harassment and Defamation. The Claimants seek for relief in the claim. The dispute raised from cybercrime and bullying. There were four posters who registered on https://fishandchips.fans, published more than 30 defamatory posts against the Claimants on https://fishandchips.fans.

6. Due to Claimants(Petitioners) do not have sufficient information about four posters, the Porkbun LLc, as the operator of https://fishandchips.fans, is the only one who has the registration information of four posters, such as the identity name, email address, IP and ID information posted the posts, Defamatory posts stored on this website, and any other details of four posters. Based on the fact, the Porkbun LLc was involved in the case under the Defamation Act 2013.

**III. Statement of Claim**                          **Additional pages of the Complaint**

7. During the proceeding, the Porkbun LLc, refused to take part in the proceeding in the UK, and requested for Petitioners to get this matter localized to a court in United States jurisdiction many times.

8. On 10 June 2024, the Judgment be entered for the Claimants against the First Defendant for an amount of damages to be determined by the Court at a disposal hearing.

9. On 18 June 2024, the court made the Order, it is ordered that "(1) The Disposal Hearing to assess quantum of damages, directed by the Order of Master Stevens, will be before a Judge sitting in the Media & Communications List between 2nd October 2024 and 1st December 2024 with a time estimate of half a day. (2) The claim for additional remedies against the First Defendant will be heard at the Disposal Hearing..."

10. WHEREFORE, upon the current proceeding status, the requested discovery is necessary and relevant to the underlying defamation case in King's Bench Division. The court make an Order granting the Petitioners permission/authorization to obtain the discovery from the Respondent as requested, it will be the very most assistance to litigants, no matter the Petitioners, or the Respondent before High Court of Justice King's Bench Division.

**III. Statement of ClaimAdditional pages of the Complaint**

**Basis for Jurisdiction and Venue**

11. This Court has jurisdiction over this matter based on diversity of citizenship under 28 U.S.C. § 1332. The Petitioners, Yipeng Wang, Weiguo Wang and Xiuling Wei, are residents in the UK.

12. This Court has jurisdiction over this matter based on the petition application for discovery under 28 U.S.C. § 1782.

13. All Petitioners are the litigants in person (Claimants) of the claim KB-2023-003483. The proceeding of the claim KB-2023-003483 is before a foreign tribunal, it is before in the High Court of Justice King's Bench Division Media and Communication List, United Kingdom.

14. The Respondent is a corporation organized and existing in the Commonwealth of OREGON, U.S.A, with its principal place of business in Sherwood , OREGON, from whom evidence is sought is in the district of the court before which the application has been filed. The Petitioners' application meets the three requirements of 28 U.S.C. § 1782.

15. Venue is proper in the United States District Court for the District of Oregon pursuant to pursuant to 28 U.S.C. § 1391.

## III. Statement of Claim            Additional pages of the Complaint

**Statement of Facts**

16. The Petitioners are the owner of 14 Carbis Avenue, Manchester, 4 Barmouth Street Manchester, 27 Stadium Drive Manchester. These three properties were registered in the HM Land Registry of United Kingdom.

17. The Title Register is the deeds issued by the HM Land Registry, it has details about the property and land. It includes the title number, identity name of the owner, the price paid for it, the location and any other personal privacy.

18. Under the provisions of the Freedom of Information Act (FOIA), the individual can request the official copy of the deeds from the HM Land Registry for legal use for a fee, but you cannot use them as proof of ownership to take illegal action.

19. On 6th January 2023, a poster by the name of "太空神曲 "published a post with the above three properties' Title Register documents on https://fishandchips.fans, the post's URL is https://fishandchips.fans/t/topic/5001. In this post, the poster directly pasted the above-mentioned three Title Register documents without any cover-up on personal information, such as name, location of the house, the price, etc. The poster not only made the malicious falsehood that three properties are illegal properties, also the poster sold the three properties fraudulently at a "reduced price" by the name of a fake real estate agency.

**III. Statement of Claim**                              **Additional pages of the Complaint**

20. From 6 January to 21 March 2023, the poster pinned the above three Title Register documents as post to publish and actively spread the URL of https://fishandchips.fans/t/topic/5001 across multiple websites (listed below) to forward these documents. The poster took advantage of this URL to link or forward to other websites to spread those documents to sell those three properties. This resulted in the uncontrolled dissemination of the Petitioners ' personal data and privacy were being further disseminated easily and quickly, these Title Register documents were spread on the Internet and are now completely out of control.

21. The poster secretly came to the 4 Barmouth Street, where the home address of the Petitioners, he took the photo of Petitioners' car (the silver car), which was parked in the parking lot next to the Petitioners' house. The poster came to the 27 Stadium Drive, where another house of the Petitioners, he took the photo of the Petitioners' neighbour's car (the black car), which was parked in the parking lot next to the Petitioners' house. he mistakenly thought this car was Petitioners' car.

22. On 24 January 2023, a poster by the name of "某人的马甲" published a post with the above-mentioned two photos of the cars on https://fishandchips.fans, the post's URL is https://fishandchips.fans/t/topic/5119. In the post, the poster directly pasted the above-mentioned two photos of the cars, he not only made the malicious

**III. Statement of Claim                           Additional pages of the Complaint**

falsehood that two cars are illegal possessions, also the poster sold the two cars fraudulently at a "reduced price" by himself.

23. Similar tactics were used by the poster. From 24 January 2023 to 17 March 2023, the poster pinned the two photos of the cars as his post to publish and actively spread the URL of https://fishandchips.fans/t/topic/5119 across multiple websites (listed below) to forward the post. The poster took advantage of this URL to link or forward to other websites to sell the two cars.

24. From January to March 2023, there were more than 1000 posts linked the URL of https://fishandchips.fans/t/topic/5001 and https://fishandchips.fans/t/topic/5119 on http://www.wenxuecity.com, https://www.6park.com, https://bbs.powerapple.com, https://huaren.us, all posts focused on disseminating personal privacy, spreading the malicious falsehood, and selling the three houses and two cars fraudulently. The Petitioners never commissioned anyone to sell the properties and car, including the Petitioners' neighbour's car online or offline.

25. From 8 Dec 2022 to 15 Jan 2023, a poster by the name of "张三李四" published 6 posts on https://fishandchips.fans. These 6 posts published the Petitioners' personal resume, home address, family members 's real identity name, employer's name, family members' financial information, etc, made the malicious falsehood to libel Petitioners.

**III. Statement of Claim                                    Additional pages of the Complaint**

26. From 17 to 20 March 2023, the poster by the name of "就爱八卦" published 2 serialized articles on https://fishandchips.fans. In these 2 articles, the poster directly linked the URLs of https://fishandchips.fans/t/topic/5001,and https://fishandchips.fans/t/topic/5119, and linked the URL of https://www.6park.com. He used the Cross-propagation methods to disseminate enough, following the post, he used text descriptions to publicize the Petitioners' family members personal information in details again, it can give the audience a clearer understanding of who the articles are targeting and libelling.

27. On 19 July 2023, the Petitioners filed the claim In the High Court of Justice King's Bench Division Manchester District Registry, the claim number is KB-2023-MAN-000267.

28. On 17 August 2023, the claim was transferred to the High Court of Justice King's Bench Division Media and Communication List under the Order dated 17 August 2023.The claim number is KB-2023-003483.

29. On 10 June 2024, the Petitioners received the Order, it is ordered that (1) Judgment be entered for the Claimants against the First Defendant for an amount of damages to be determined by the Court at a disposal hearing, to be listed on notice, and pursuant to any further directions issued by the Court.(2) The additional remedies sought by the Claimants, including an injunction, be

**III. Statement of Claim**                          **Additional pages of the Complaint**

referred to a Judge sitting in the Media & Communications List for determination.

30. On 18 June 2024, the Petitioners received the Order, it is ordered that "(1) The Disposal Hearing to assess quantum of damages, directed by the Order of Master Stevens, will be before a Judge sitting in the Media & Communications List between 2nd October 2024 and 1st December 2024 with a time estimate of half a day. (2) The claim for additional remedies against the First Defendant will be heard at the Disposal Hearing..."

31. Due to the Petitioners do not have sufficient information about the poster, the Defendant is the operator of https://fishandchips.fans, so we listed the Defendant in the claim, the Petitioners requested the Defendant to provide the identity information of the posters in order to find out who is the responsible person for the infringement.

32. From 13 June 2023 to 19 July 2024, the Petitioners have kept in communication with the Defendant through the support@porkbun.com, abuse@porkbun.com, and legal@porkbun.com. During the communication, the Defendant requested to get this request localized to a court in United States jurisdiction many times.

**III. Statement of Claim**                              **Additional pages of the Complaint**

**Summary**

33. The Petitioners are the "interested person" in a foreign proceeding. The Respondent is the operator of https://fishandchips.fans. There were at least more than 30 posts published on the website, these posts involved in Invasion of personal privacy, defamation and fraud. Against the above infringement, the proceeding is going on in the High Court of Justice King's Bench Division Media and Communication List, it is a foreign "tribunal" out of U.S.A.

34. Upon the fact that just only the Respondent hold the posters' identity information, and the information are the most key pieces of evidence that directly identify the responsible person in torts, for the Petitioners, as the litigants in the proceeding of High Court of Justice King's Bench Division Media and Communication List, it is very necessary and significant to apply for an order for Discovery from the American court to use in the legal proceeding outside the United States.

35. Upon the facts that the Respondent, from whom discovery is sought, is the litigant in the foreign proceeding of claim KB-2023-003483, and the nature of the foreign tribunal and the character of the proceedings is the Break of privacy, Harassment, and Defamation, the Petitioners do not conceals an attempt to circumvent foreign proof-gathering restrictions or other policies; and the discovery sought do not have unduly intrusive or burdensome.

**III. Statement of Claim**                  **Additional pages of the Complaint**

36. Based on the above facts, the Petitioners' application for Discovery from the Respondent has satisfied the three requirements of 28 U.S.C. § 1782:

    36.1 The Petitioners are the "interested person" in a foreign proceeding.

    36.2 The proceeding is before a foreign "tribunal".

    36.3 The Respondent from whom evidence is sought is in the district of the court before which the application has been filed.

Date of signing: 20 August 2024

Signature of Petitioners:

Printed Name of Petitioners: (1) XIULING WEI

                               (2) YIPENG WANG.

                               (3) WEIGUO WANG

## IV. Relief - List of Documents for Discovery       Additional pages of the Complaint

## IV. Relief

### List of Documents for Discovery

| No | Poster | Identity name | E-mail address | Telephone Number | User's ID | User's IP | Postal code | Details of the posts published by the poster | Data of read reprinted |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 太空神曲 | | | | | | | | |
| 2 | 某人的马甲 | | | | | | | | |
| 3 | 就爱八卦 | | | | | | | | |
| 4 | 张三李四 | | | | | | | | |

Submitted by:                                   Signature:

Full Name:

Xiuling WEI

Weiguo WANG

Yipeng WANG

Date: 20/08/2024

**IV. Relief List of Documents for Discovery ------- Additional pages of the Complaint**

17



**FROM:**
Anastasiia Marchuk
P.O. Box 790
Union City,
NJ 07087

**TO:**
Clerk of court,
Oregon District court
portland, OR
Mark O. Hatfield
United states courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2802