Exhibit List

**On behalf of Petitioners**

**By Xiuling Wei**

**Date: 20 August 2024**

FILED 29 AUG '24 16:03 USDC-ORP

# UNITED STATES DISTRICT COURT

## for the

## DISTRICT OF OREGON

## Porland Division

**Case Number:** 3 : 24 -mc- 880 - AN

**Xiuling WEI**

**Weiguo WANG**

**Yipeng WANG**

**Petitioners**

**V.**

**PORKBUN, LLC**

**Respondent**

Exhibit List

# EXHIBIT LIST

| No. | Name | Proof Content |
|---|---|---|
| 1 | The address information of the Respondent | To prove the fact that is a corporation organized and existing under the laws of the State of OREGON with its principal place of business in Sherwood, OREGON. |
| 2 | The claim Form and the Notice of the High Court of Justice King's Bench Division Manchester District Registry | To prove the fact that the Petitioners are the interested person in a foreign proceeding |
| 3 | HM Courts & Tribunals E-Filing Service information and the Orders | To prove the fact that the proceeding is before a Foreign Tribunal out of USA |
| 4 | The post published on https://fishandchips.fans | To prove the fact that requested evidence would be discoverable in the foreign jurisdiction. |
| 5 | The correspondence letters from the Defendant | To prove the fact that the Respondent requested the matters localized to a court in US. |
| 6 | The Notice and Orders of the High Court of Justice King's Bench Division | To prove the fact that the Petitioners' application for discovery based on the foreign proceeding and request for Assistance to foreign tribunal and litigants before the foreign tribunal. |
| **Submitted by:** **Full Name:** **Xiuling WEI** **Weiguo WANG** **Yipeng WANG** | **Signature:** **Date: 20/08/2024** | |

## Exhibit 1

**The proof of the Respondent is in the district of the court to prove the Jurisdiction and Venue**

**To prove the fact:**

1. **The Porkbun,LLc,  is the operator of https://fishandchips.fans, its principal place of business in 21370 SW Langer Farms Parkway, Suite 142-429, Sherwood, OR 97140, USA. The Telphone number: +15038508351E-mail: legal@porkbun.com; abuse@porkbun.com.**

2. **The Porkbun,LLc,  is in the district of the court to prove the Jurisdiction and Venue**

我们检测到您的访问地址位于中国境外，我们根据用户所在地发布了英文版本隐私政策（请点击阅读Private Policy），该版本自本通知之时起适用于您，同时页面http://gb.corp.163.com/gb/legal.html中的中文版本隐私政策将不再适用于您。

wwwg1963@126.com (2)    |    设置    手机App    下载桌面端    参与调研    自助查询    开通邮箱会员    活动

写信

收信    写信

返回    回复    回复全部    转发    删除    举报    拒收    标记为    移动到    更多

收件箱 (2)

🚩 红旗邮件

⏱ 待办邮件

智能标签

⭐ 星标联系人邮件

草稿箱 (80)

已发送

订阅邮件

其他5个文件夹

邮件标签

邮箱中心

超大附件

邮箱附件

其他工具

📧 邮件追踪

PDF PDF转换工具

PPT PPT模板

**猪肉包.com | WHOIS 联系人验证：fishandchips.fans**    安全浏览模式

发件人：support@porkbun.com <support@porkbun.com>

（由 bounce-md_30345700.65a128e6.v1-e41b31821f904fef8bb80609e0dbeac3@mandrillapp.com 代发，帮助）

收件人：我 <wwg1963@126.com>

时  间：2024年01月12日 19:56 (星期五)

翻译成中文

【升级】邮箱会员，更安全的邮箱体验，更大的存储空间，提高办公效率！

Thank you,
The Porkbun Team



Porkbun, LLC
21370 SW Langer Farms Parkway, Suite 142-429
Sherwood, OR 97140, US

1.855.PORKBUN (1.855.767.5286)
support@porkbun.com

ICANN Registrant Educational Materials

Copyright Porkbun, LLC, all rights reserved

51.7.119.1

升级邮箱会员，享邮件误删恢复等10+项功能特权！

快捷回复至：support@porkbun.com

**Re: fishandchips.fans**

"Porkbun Support" <support@porkbun.com>

收件人: vipw2021@126.com

时　间: 2023-6-13 23:48:07

附　件:

Hello,

We are the domain registrar for that domain.

Please let us know how we may further assist you.


Best,

Morgan

**Support Engineer**

--

Porkbun | porkbun.com | @Porkbun

Rate my reply:

GREAT    OKAY    NOT GOOD

On Tue, Jun 13, 2023 at 3:27 AM PDT, <vipw2021@126.com> wrote:

> are you a resgster of "fishandchips.fans"

我们检测到您的访问地址位于中国境外，我们根据用户所在地更新发布了英文版本隐私政策（请点击阅读Private Policy），该版本自本通知之时起适用于您，
同时页面http://gb.corp.163.com/gb/legal.html中的中文版本隐私政策将不再适用于您。

126 网易免费邮
www.126.com

| 首页 | 通讯录 | 应用中心 | 收件箱 | 企业邮箱 | Re: fishand... | Re: fishan... |

收信    写信     返回   回复   回复全部   转发   删除   举报   拒收   标记为   移动到   更多

收件箱 (183)

- 🚩 红旗邮件
- ⏰ 待办邮件
- ⭐ 星标联系人邮件

草稿箱 (9)

已发送

> 其他3个文件夹

> 邮件标签

> 邮箱中心

超大附件

邮箱附件

**办公工具**

📄 PDF转换工具

📊 PPT模板

**Re: fishandchips.fans**

发件人：Porkbun Support <support@porkbun.com>

收件人：我 <vipw2021@126.com>

时 间：2023年06月13日 23:48 (星期二)

翻译成中文

简历难写？火山写作，一键生成高质量简历！ 立即查看

Hello,

We are the domain registrar for that domain.

Please let us know how we may further assist you.


Best,
Morgan
**Support Engineer**
--
Porkbun | porkbun.com | @Porkbun
Rate my reply:

GREAT    OKAY    NOT GOOD

On Tue, Jun 13, 2023 at 3:27 AM PDT, <vipw2021@126.com> wrote:
- 显示引用文字 -

升级邮箱会员，享邮件误删恢复等10+项功能特权！

快速回复给 Porkbun Support

**Re: fishandchips.fans**

"Porkbun Support" <support@porkbun.com>

收件人：vipw2021@126.com

时　间: 2023-6-13 18:27:47

附　件:

---

Hello there,

If you're receiving this reply, it means you've contacted us outside our office hours of 4 AM - 5 PM Pacific Time, Monday - Friday; 9 AM - 5 PM Pacific Time, Saturday - Sunday.  If you don't receive a response right away, please be patient and someone from our team will follow up with you within 24 hours.

Thank you!

2023/7/3 10:14                                     WHOIS search results

 **GoDaddy**                    ? 🔔 👤 🛒

Singapore

# Search the WHOIS Database

| fishandchips.fans | 🔍 Search |
|---|---|

⊘ **fishandchips.fans is taken**          Broker Service Fee
We still might be able to get it for you. See          £51.99 ⓘ             **Add to Cart**
How

## WHOIS search results

Domain Name:
FISHANDCHIPS.FANS
Registry Domain ID: D242635317-
CNIC
Registrar WHOIS Server:
whois.porkbun.com
Registrar URL:
https://porkbun.com/
Updated Date: 2022-09-
29T15:08:32.0Z
Creation Date: 2021-07-
14T15:19:35.0Z
Registry Expiry Date: 2023-07-
14T23:59:59.0Z
Registrar: Porkbun, LLC
Registrar IANA ID: 1861

## Find your Domain

| Find your perfect domain | 🔍 |
|---|---|

 # Take a look at these alternate options

**fishandchip**          £6.99 ⓘ          🛒
**s.uk**          £11.99
                  适用于第一年

**fishandchip**          £1.72 ⓘ          🛒
**s.fun**          £23.77
                  适用于第一年

                                                    x

We serve cookies. We use tools, such as cookies, to enable essential services and functionality on our site and to collect data on how visitors interact with our site, products and services. By clicking Accept, you agree to our use of these tools for advertising, analytics and support. Privacy Policy

Manage          Decline           Accept

2023/7/3 10:14 WHOIS search results

https://icann.org/epp#clientDelete
Prohibited
Registrant Organization: Private by
Design, LLC
Registrant State/Province: NC
Registrant Country: US
Registrant Email: Please query the
RDDS service of the Registrar of
Record identified in this output for
information on how to contact the
Registrant, Admin, or Tech contact
of the queried domain name.
Admin Email: Please query the
RDDS service of the Registrar of
Record identified in this output for
information on how to contact the
Registrant, Admin, or Tech contact
of the queried domain name.
Tech Email: Please query the RDDS
service of the Registrar of Record
identified in this output for
information on how to contact the
Registrant, Admin, or Tech contact
of the queried domain name.
Name Server:
DINA.NS.CLOUDFLARE.COM
Name Server:
TODD.NS.CLOUDFLARE.COM
DNSSEC: unsigned
Billing Email: Please query the
RDDS service of the Registrar of
Record identified in this output for
information on how to contact the
Registrant, Admin, or Tech contact
of the queried domain name.
Registrar Abuse Contact Email:

## .fans

**fishandchips** £1.72①
**now.xyz** £14.32
适用于第一年

We serve cookies. We use tools, such as cookies, to enable essential services and functionality on our site
and to collect data on how visitors interact with our site, products and services. By clicking Accept, you
agree to our use of these tools for advertising, analytics and support. Privacy Policy

WHOIS search results

>>> Last update of WHOIS
database: 2023-07-
03T09:12:21.0Z <<<
For more information on Whois
status codes, please visit
https://icann.org/epp
>>> IMPORTANT INFORMATION
ABOUT THE DEPLOYMENT OF
RDAP: please visit
https://www.centralnic.com/suppor
t/rdap <<<
The Whois and RDAP services are
provided by CentralNic, and
contain
information pertaining to Internet
domain names registered by our
our customers. By using this
service you are agreeing (1) not to
use any
information presented here for any
purpose other than determining
ownership of domain names, (2)
not to store or reproduce this data
in
any way, (3) not to use any high-
volume, automated, electronic
processes
to obtain data from this service.
Abuse of this service is monitored
and
actions in contravention of these
terms will result in being
permanently
blacklisted. All data is (c)
CentralNic Ltd
(https://www.centralnic.com)

We serve cookies. We use tools, such as cookies, to enable essential services and functionality on our site
and to collect data on how visitors interact with our site, products and services. By clicking Accept, you
agree to our use of these tools for advertising, analytics and support. Privacy Policy

**Exhibit 2**

## 2. The proof of the Applicants are the interested person in a foreign proceeding

**To prove the fact:**

1. On 19 July 2023, the Plaintiffs filed the claim in the High Court of Justice King's Bench Division Manchester District Registry, the claim number is KB-2023-MAN-000267.

2. On 17 August 2023, the claim was transferred to the High Court of Justice King's Bench Division Media and Communication List under the Order dated 17 August 2023.The claim number is KB-2023-003483.



# HM Courts & Tribunals Service

**King's Bench Claims**

Room E07, Royal Courts of Justice, Strand, London, London WC2A 2LL, DX 44458 Strand

**T** 0203 936 8957
E [[Email Address]]

Anastasiia Marchuk
4 Barmouth Street , Beswick
Manchester

Date: 12-09-2023

Dear Sir / Madam,

## RE: [KB-2023-MAN-000267] Wei and others v Long and others

Please note the above claim now been transferred from Manchester District Registry into this court.

Please note the new claim number is **KB-2023-003483.**

Please note that all future correspondence must be sent to the above address using the new claim number.

The Court intendeds to commence optional e-filing for King's Bench Claims from a date to be confirmed in January 2019 and the requisite amendments to PD51O have been made which allow court users to opt in to e-filing.

Yours faithfully,

Ramandeep Kaur Heer

**King's Bench Claims**



KF-2023-011721

ZURÜCKSENDEN - TO RETURN
à retourner - de restituire

## Claim Form

Fee Account no.

Help with Fees -
Ref no.
(if applicable)    H W F -

19 Jul 2023
MANCHESTER
For court use only

**You may be able to issue your claim online which may save time and money. Go to www.moneyclaim.gov.uk to find out more.**

Claim no.

Issue date

KB-2023-MAN-000267
Sub Event ID: 1

SEAL

Claimant(s) name(s) and address(es) including postcode

Mrs.Xiuling Wei
Mr.Weiguo Wang
Mr.Yipeng Wang
Miss Anastasiia Marchuk
Same address: No.4 Barmouth Street Manchest,UK, M11 3BZ

Defendant(s) name and address(es) including postcode

(1) Jngping Long,  17 Grand Hill Drive, Dover, MA 02030, USA;
(2) DNC Holdings, Inc, 9029 Jefferson Hwy., Suite D #298 River Ridge, LA 70123, USA;
(3) GateChina, Inc., 2734 Bayview Dr, Fremont, CA 94538, USA;
(4) Porkbun, LLC, 21370 SW Langer Farms Parkway, Suite 142-429,
    Sherwood, OR 97140, USA.

Brief details of claim

1.The 1st and 2nd Claimant are the parents of the 3rd Claimant, the 3rd Claimant and the 4th Claimant are the partner relationship from July 2022. The 1st  Defendant is the 4th Claimant's ex-boyfriend.
2.The 1st Defendant carried out a series of conducts, such as cyberstalking, staking, liable, slander, malicious falsehood and misuse of private information.
3. The 2nd Defendant is the operator of https://www.6park.com. The 3rd Defendant is the operator of http://www.wenxuecity.com.The 4th Defendant is the operator of https://fishandchips.fans. From Dec 2022, many defamatory posts against Claimants were published or forward on the three websites.
4.Due to the Claimants do not have sufficient information about the poster, the Claimants sent NOTICE OF COMPLAINT to those three Defendants requested them to provide the Identity Information of the poster. They refused. They should share the contribution  indemnity with 1st D

Value

1.pay the General Damages: £500,000
2.pay the Special Damages: £100,000
3.pay the Aggravated Damages or the Exemplary damages: £350,000
4.pay the Claimant's costs of making this claim.

| | | £ |
|---|---|---|
| Defendant's name and address for service including postcode | DNC Holdings, Inc, 9029 Jefferson Hwy., Suite D #298 River Ridge, LA 70123,USA | |
| | Amount claimed | £950,000 . |
| | Court fee | £50,000 |
| | Legal representative's costs | |
| | **Total amount** | £1,000,000 |

For further details of the courts www.gov.uk/find-court-tribunal.
When corresponding with the Court, please address forms or letters to the Manager and always quote the claim number.

N1 Claim form (CPR Part 7) (06.22)    © Crown Copyright 2022



Claim no.

Particulars of Claim

☑ attached

☑ to follow

• A concise statement of the facts on which you rely

1.
The 1st and 2nd Claimant are the parents of the 3rd Claimant.  the 3rd Claimant and the 4th
Claimant are the partner relationship from July 2022. The 4th Claimant and the 1st Defendant
had a romantic relationship between Oct 2021 and March 2022. When the relationship ended,
the 4th Claimant had clearly informed the first Defendant to respect her decision and her privacy
through text messages.

2.
After getting the news that the 3rd Claimant and the 4th Claimant established a romantic
relationship, the 1st Defendant carried out a series of conducts, such as cyberstalking, staking,
liable, slander, malicious falsehood and misuse of private information.

3.
The 2nd Defendant is the operator of https://www.6park.com/.  The 3rd Defendant is the
operator of http://www.wenxuecity.com.   The 4th Defendant is the operator of
https://fishandchips.fans. From Nov 2022, a large number of defamatory posts against Claimants
were published or forward on the three above-mentioned websites.

4.
Due to the Claimants do not have sufficient information about the person who posted the
statement, the Claimants sent NOTICE OF COMPLAINT to those three Defendants to request
the operator to delete the posts and provide the Identity Information of the poster. Unfortunately,
those three operators refused to offer the Identity Information of the poster.

5.
On 4 May 2023, the Claimants sent the Pre-action Protocol to the 1st Defendant. On 5 May
2023, the Claimants sent the Pre-action Protocol to the 2nd ,3rd, and 4th Defendant. The
Claimants didn't get a reply about the Pre-action Protocol from all Defendants.
6.
Due to the relevant facts (which will be given with the claim point -by-point basis), the Claimants
apply for the claim for harassment, misuse of private information, misuse of personal data,
defamation and malicious falsehood.

7.

The legal basis for the claim as below:

(1)
Harassment:
the 1st Defendant pursued a course of conduct in breach of section 1(1) , (1A) and 2A ,3(3)
Protection from Harassment Act 1997;

(2)
 Defamation:
the 1st Defendant pursued a course of conduct in breach of section 1(1) , (1A) and 2A ,Defamati

| Claim no. | |
|---|---|

You must indicate your preferred County Court Hearing Centre for hearings here (see notes for guidance)

King's Bench Division of the High Court--King's Bench Division of the High Court Manchester Civil Justice Centre (Civil and Family Courts)

Do you believe you, or a witness who will give evidence on your behalf, are vulnerable in any way which the court needs to consider?

[✓] Yes. Please explain in what way you or the witness are vulnerable and what steps, support or adjustments you wish the court and the judge to consider.

> Due to the 1st Defendant is a person of bad character, and harassed the Claimants by diferent ways . The Claimants apply for Writ of habeas corpus to give evidence or to answer a charge to the 1st Defendant.

[ ] No

Does, or will, your claim include any issues under the Human Rights Act 1998?

[✓] Yes
[ ] No

## Statement of truth

**Note:** you are reminded that a copy of this claim form must be served on all other parties.

I understand that proceedings for contempt of court may be brought against a person who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth.

☑ **I believe** that the facts stated in this claim form and any attached sheets are true.

☐ **The claimant** believes that the facts stated in this claim form and any attached sheets are true. **I am authorised** by the claimant to sign this statement.

**Signature**

☑ Claimant
☐ Litigation friend (where claimant is a child or protected party)
☐ Claimant's legal representative (as defined by CPR 2.3(1))

**Date**

| Day | Month | Year |
|-----|-------|------|
| 18 | July | 2023 |

**Full name**

Xiuling Wei; Weiguo Wang; Yipeng Wang; Anastasiia Marchuk

**Name of claimant's legal representative's firm**

**If signing on behalf of firm or company give position or office held**

Claimant's or claimant's legal representative's address to which
documents should be sent.

Building and street

4 Barmouth Street

Second line of address

Town or city

Manchester

County (optional)

UK

Postcode

| M | 1 | 1 | | 3 | B | Z |

If applicable

Phone number

++7419000565

DX number

Your Ref.

Email

wanggn2000@gmail.com

# Catalogue of Particulars of Claim

## This Particulars of Claim is divided into the following sections

19 Jul 2023
MANCHESTER

KB-2023-MAN-000267

| Section | Particulars of Claim | Paragraphs |
|---------|---------------------|------------|
| A | Parties and Background | [1]– [6] |
| B | The legal basis for the claim | [7]– [7] |
| C | The remedy sought that the Claimants are seeking | [8]– [8] |
| D | Details of claim aggravated damages or exemplary damages | [9]– [9] |
| E | Statement of truth | [10]– [343] |
|   | (1) Harassment (Including Cyberstalking, Staking, etc.) | [10]– [28] |
|   | (2) Misuse of Private & Breach of Privacy (Including Harassment) | [29]– [32] |
|   | (3) Defamation (Including Misuse of Private, Breach of Privacy, Libel, Slander, Malicious Falsehood) | [33]– [343] |
| Annex 1 | 7 literary works "A deep dive into a little liu and his little corruption parents (1) - （7） published in http://www.wenxuecity.com | [344]- [351] |
| Annex 2 | | |
| | | |
| | | |
| | | |

1

# Particulars of Claim

## A. Parties and Background

1.

Claimant(s)

(1) Mrs. Xiuling Wei

(2) Mr.Weiguo Wang

(3) Mr.Yipeng Wang

(4) Miss Anastasiia Marchuk

-and-

**(1) Jingping Long**

Passport No: 537659736

Address:17 Grand Hill Drive, Dover, MA 02030, USA

Email: longjp@hotmail.com; jingping.long@gmail.com; zhou_zq@hotmail.com

Tel: +1 (552) 485-9001 +1 (781) 809-1129; +86 1381117 1461;+1 (508) 479-6174

+1 (774) 407-1203; +1 (774) 407-1396; +48 888 114 563; +44 2895810626

**(2) DNC Holdings, Inc**

9029 Jefferson Hwy., Suite D #298 River Ridge, LA 70123,USA

https://www.6park.com

online@6park.com

**(3) Gate China, Inc**

2734 Bayview Dr, Fremont, CA 94538 USA

http://www.wenxuecity.com

dmca@wenxuecity.com

**(4) Porkbun, LLC**

21370 SW Langer Farms Parkway, Suite 142-429,

Sherwood, OR 97140, USA

https://fishandchips.fans

noreply@fishandchips.fans

- Defendant(s)



Case No KB-2023-MAN-000267

In the High Court of Justice
King's Bench Division
Manchester District Registry

KB-2023-MAN-000267

Between

(1) Xiuling Wei

(2) Weiguo Wang

(3) Yipeng Wang

(4 )Anastasiia Marchuk

                                                        Claimant

-and-

(1) JIngping Long

(2) DNC Holdings, Inc

(3) Gate China,Inc

(4) Porkbun, LLC

                                                        Defendant

Before District Judge Moss sitting at Manchester District Registry, 1 Bridge Street West,
Manchester, M60 9DJ on 21 July 2023.

**IT IS ORDERED THAT**

1) The matter be transferred to the Royal Courts of Justice for referral to a Media and
Communications List judge.

*The court office at Manchester District Registry, Manchester Civil Justice Centre, 1 Bridge Street West, Manchester, M60 9DJ is open between*

*10am and 4pm Monday to Friday. When corresponding with the court, please address forms or letters to the Court Manager and quote the*

*case number. Tel: 0161 240 5000 or email on Manchester.kb@justice.gov.uk.*



**HM Courts
& Tribunals
Service**

**ROYAL COURTS OF JUSTICE GROUP**
**King's Bench Division**
Foreign Process Section
Room E16
Royal Courts of Justice
Strand, London
WC2A 2LL

**DX** 44459 Strand

**T** 0203 936 8957 (option 7)
**F** 0870 324 0025
**E** foreignprocess.rcj@justice.gov.uk

**www.justice.gov.uk**

**Xiuling Wei
No 4 Barmouth Street,
Manchester
M11 3BZ**

Our ref:    KF-2023-011723
Your ref:

Date: 14-03-2024

Dear Sirs,

### In the matter of Xiuling Wei & others -v- Porkbun, LLC

The request for service of documents in United States

on:    Porkbun, LLC
       21370 SW Langer Farms Parkway,,
       Suite 142-429,,
       Sherwood OR 97140,
       United States

was received at this office on the 07-11-2023.

The above matter has been allocated the reference number KF-2023-011723, and dispatched
for service.

Please contact the Foreign Process Section, Room E16, Royal Courts of Justice, Strand,
London WC2A 2LL, if you have any queries regarding this matter.

Yours faithfully,

Lukman Ali

**Foreign Process Section**

## Exhibit 3

### 3. The proof of the proceeding is before a Foreign Tribunal out of US

**To prove the fact:**

1. **The claim [KB-2023-MAN-000267] Wei and others v Long and others has been transferred from Manchester District Registry into the High Court of Justice King's Bench Division Media and Communication List court, the new claim number is KB-2023-003483. The claim number KB-2023-003483.The applicants are the litigants in person.**

2. **The Court used the HM Courts & Tribunals E-Filing Service from January 2019.**

3. **The correspondence documents from the court all are electronic documents.**



# HM Courts & Tribunals Service

**King's Bench Claims**

Room E07, Royal Courts of Justice, Strand, London, London WC2A 2LL, DX 44458 Strand

**T** 0203 936 8957
E [[Email Address]]

Anastasiia Marchuk
4 Barmouth Street , Beswick
Manchester

Date: 12-09-2023

Dear Sir / Madam,

**RE: [KB-2023-MAN-000267] Wei and others v Long and others**

Please note the above claim now been transferred from Manchester District Registry into this court.

Please note the new claim number is **KB-2023-003483.**

Please note that all future correspondence must be sent to the above address using the new claim number.

The Court intendeds to commence optional e-filing for King's Bench Claims from a date to be confirmed in January 2019 and the requisite amendments to PD51O have been made which allow court users to opt in to e-filing.

Yours faithfully,

Ramandeep Kaur Heer

**King's Bench Claims**



**HM COURTS & TRIBUNALS E-FILING SERVICE**    Xiuling Wei ▾    **40**    

### Case View - KB-2023-003483

| | |
|---|---|
| **Case Search** | |
| **Create Filing** | |
| **Filings** ▶ | |
| **Public Search** ▶ | |
| **Create Office Copy Request** | |

**▾ Case Information**

| | |
|---|---|
| **Court** | King's Bench Claims (KBD) |
| **Case** | KB-2023-003483 |
| **Class** | Media and Communication - Part 7 Claim - Breach of Privacy |
| **Short Title** | Wei and others v Long and others |
| **Status** | Open |

**Create E-Filing**

## Case Information ▾

| | | | |
|---|---|---|---|
| **Court Level** | King's Bench Division (London Only) | **Court** | King's Bench Claims (KBD) |
| **Case Title** | Wei and others v Long and others | **Case Type** | Media and Communication - Part 7 Claim - Breach of Privacy |
| **Submitted Date** | 12-09-2023 | **Filed Date** | 12-09-2023 |
| **Status** | Open | **Next Hearing** | |
| **Judge** | Stevens, Master | **Next Hearing Type** | |

## Parties / Participants

| # | Role | Name | Representative |
|---|---|---|---|
| 1 | Claimant | Wei, Xiuling | |
| 1 | Defendant | Long, Jingping | |
| 2 | Defendant | DNC Holdings, Inc | Farleys Solicitors LLP |
| 2 | Claimant | Wang, Weiguo | |
| 3 | Claimant | Wang, Yipeng | |
| 3 | Defendant | GateChina, Inc | |
| 4 | Defendant | Porkbun, LLC | |
| 4 | Claimant | Marchuk, Anastasiia | |

Filter ▶

## Case Events

| Submitted Date | Filed Date | Type | Document Description | Filed By | |
|---|---|---|---|---|---|
| 21-07-2024 | 09-08-2024 | Filing - Witness Statement - General | Witness Statement - General On behalf of Claimants By Xiuling Wei No 7 Exhibit: XW7 Date: 12 July 2024 | Xiuling Wei | 📄 |
| 08-07-2024 | 02-08-2024 | Filing - Reply | Reply | Anastasiia Marchuk, DNC Holdings, Inc, Jingping Long, Weiguo Wang, Xiuling Wei, Yipeng Wang | 📄 |
| 15-07-2024 | 18-07-2024 | Application to a Master - Interim Payment - On Notice | Interim Payment - On Notice | Xiuling Wei | 📄 |
| 15-07-2024 | 15-07-2024 | Correspondence - KBJL - Listing Appointments letter | KBJL - Listing Appointments letter Tuesday 27th August 2024 | | 📄 |
| 18-06-2024 | 08-07-2024 | Filing - Certificate of Service | Certificate of Service served upon Porkbun, LLC. with 1.King's Bench Master's Listing-Order dated 11 June 2024 2.King's Bench Master's Listing-Order | Xiuling Wei | 📄 |

**IN THE HIGH COURT OF JUSTICE**
**KING'S BENCH DIVISION**

**Claim No.** KB-2023-003483

**Before Master Stevens**

Dated 24th October 2023

**BETWEEN**



**(1) XIULING WEI**
**(2) WEIGUO WANG**
**(3) YIPENG WANT**
**(4) ANASTASIIA MARCHUK**

*Claimant*

- and -

**(1) JINGPING LONG**
**(2) DNC HOLDINGS**
**(3) GATECHINA INC**
**(4) PORKBUN LLC**

KB-2~~Defendants~~3

*Defendant*

---

**ORDER**

---

**UPON APPLICATION WITHOUT NOTICE TO THE DEFENDANT BY APPLICATION**
**NOTICE** dated 18th July 2023 seeking the Court's permission to serve the Claim Form out of the jurisdiction pursuant to Rules 6.36-6.37 and Practice Direction 6B paragraph 3.1

**AND UPON** the Claimants meeting the requirements for an application to serve the Claim Form out of the jurisdiction to the satisfaction of the court

**WITHOUT A HEARING IT IS ORDERED THAT:**

*Service out of the jurisdiction*

1. The Claimants have permission to serve the Claim Form on the Defendants out of the jurisdiction of England and Wales in the United States of America.
2. The following periods of time apply for the Defendant to take the steps listed below (if the Defendant is so advised) in response to service of the Claim Form & Particulars of Claim are as follows:

    a. An Acknowledgement of Service is to be filed 22 days after service of the Particulars of Claim.

    b. An Admission is to be filed 22 days after service of the Particulars of Claim.

    c. A Defence is to be filed 22 days after service of the Particulars of Claim unless the Claimant has filed an Acknowledgment of Service in which case a Defence is to be filed 36 days after service of the Particulars of Claim.

*Other*

3. At the same time as service of the Claim Form the Claimants will serve on the Defendants this Order, their Application Notice and evidence in support.

4. The Defendants may apply under CPR 23.10 to have this Order set aside or varied.

5. Any non-party affected by this Order may apply on notice to all parties to have this Order set aside or varied.

*Extension of time for Service*

6. The Court of its own motion does grant the Claimants a further 4 months to serve the Claim Form & Particulars of Claim in this matter because of additional court processing time needed following a transfer from the Manchester District Registry to the Royal Courts of Justice, and to allow sufficient time for processing of the papers in the Foreign Process department.

7. Costs in the case.

Dated 24 October 2023

Claim No: KB-2023-003483

**IN THE HIGH COURT OF JUSTICE
KING'S BENCH DIVISION
MEDIA & COMMUNICATIONS LIST**

**The Honourable Mrs Justice Collins Rice DBE CB
18th June 2024**



KB-2023-003483

**BETWEEN**

XIULING WEI
WEIGUO WANG
YIPENG WANG
ANASTASIA MARCHUK

and

JINPING LONG
DNC HOLDINGS INC
GATECHINA INC
PORKBUN LLC

**Defendants**

---

**ORDER**

---

FURTHER TO the Order of Master Stevens dated 10th June 2024 (sealed 11th June 2024), among other things:

    (a) entering judgment for the Claimants against the First Defendant for an amount of damages to be determined by the Court at a disposal hearing ("the Disposal Hearing"), and

    (b) referring the claim for additional remedies sought by the Claimants against the First Defendant, including an injunction, to be determined by a Judge of the Media & Communications List

("the Order of Master Stevens"):

WITHOUT A HEARING
NOW IT IS ORDERED AND DIRECTED:

1. **The Disposal Hearing to assess quantum of damages, directed by the Order of Master Stevens, will be before a Judge sitting in the Media & Communications List between 2nd October 2024 and 1st December 2024 with a time estimate of half a day.**

2. **The claim for additional remedies against the First Defendant will be heard at the Disposal Hearing.**

3. **The Claimants and the First Defendant must, within 7 days of service of this Order, contact the Clerk of the Lists (kbjudgeslistingoffice@justice.gov.uk) to fix the Disposal Hearing as directed by Paragraph 1 above. Failure by the First Defendant to comply with this direction will result in the Disposal Hearing being listed without reference to the First Defendant's availability.**

4. **If the Claimants wish to rely upon any evidence at the Directions hearing, they must file and serve that evidence by 4.30pm on 22nd July 2024.**

5. **The First Defendant must file and serve any evidence in response by 4.30pm on 2nd September 2024.**

6. **The parties must cooperate in the preparation of the bundle for the Hearing.**

7. **By 10am, 5 working days before the Disposal Hearing, the Claimants must file and serve an indexed and paginated bundle for the Hearing.**

8. **By 10am, 2 working days before the Disposal Hearing, the Claimants and the First Defendant must file and serve skeletons arguments for the Hearing together with copies of any authorities relied upon.**

9. **By 10am the working day before the Hearing, the Claimants and the First Defendant must file a joint bundle of authorities.**

10.     **This Order having been made without giving the parties an opportunity to make representations, either party may apply to vary/discharge it, but any Application seeking to do so must be issued, filed and served within 7 days of the date of service of this Order 4.30pm on 21st June 2024.**

**Exhibit 4**

**4-1. The Proof of requested evidence would be discoverable in the foreign jurisdiction-太空神曲 - for sale houses - 5001**

**To prove the fact:**

1. On 6th January 2023, a poster by the name of "太空神曲 "published a post with the applicants' three properties' Title Register documents on https://fishandchips.fans, the post's URL is https://fishandchips.fans/t/topic/5001.

2. In this post, the poster directly pasted the above-mentioned three Title Register documents without any cover-up on personal information, such as name, location of the house, the price, etc. The poster not only made the malicious falsehood that three properties are illegal properties, also the poster sold the three properties fraudulently at a "reduced price" by the name of a fake real estate agency.

3. Due to the applicants do not have sufficient information about the poster, the respondent is the operator of https://fishandchips.fans, it hold the identity information of the posters, the evidence would be discoverable in the foreign jurisdiction, it will be the assistance to foreign and international tribunals and to litigants before such tribunals to find out who is the responsible person for the infringement.

20/03/2023, 18:18 英国的deed好难理解，大侠们帮忙看看 - 英国板块 - 鱼翅版

# 英国的deed好难理解，大侠们帮忙看看

太空神曲 1 2023 年1 月 6 日 17:06

中介推的。在曼城的Beswick区。说有中国卖家急着卖掉手里的房产，据说被在国内被查了。全款速买的话有优惠。我看了房契、没看懂。中介说这些都是政府的公开信息、不会有假。但不放心啊。大侠们帮看看。

中介说这几个房子其实都是Xiuling Wei的（据说是深圳大学法学院的一个老师，做过小官小吏），只是放在不同人名下（Weiguo Wang是她老公，Yipeng Wang是她儿子）。但政府应该肯定只认官方登记的owner吧？

20/03/2023, 18:18                          英国的deed好难理解，大侠们帮忙看看 - 英国板块 - 鱼鲁版

| **Registered owners** | Xiuling Wei |
| | 4 Barmouth Street, Manchester M11 3BZ |
| **Last sold for** | £184,995 |

## A: Property Register

This register describes the land and estates comprised in this title.

| Entry number | Entry date | |
| --- | --- | --- |
| 1 | 2016-01-11 | GREATER MANCHESTER : MANCHESTER |
| | | The Leasehold land demised by the lease referred to below which lies within the area shown edged |
| | | with red on the plan of the above Title filed at the Registry and being 4 Barmouth Street, Manchester (M11 3BZ). |
| 2 | 2016-01-11 | The mines and minerals are excepted. |
| 3 | 2016-01-11 | Short particulars of the lease(s) (or under-lease(s)) under which the land is held:<br>Date    : 22 May 2015<br>Term    : 250 years (less 3 days) from 1 January 2004<br>Parties  : (1) Gleeson Regeneration Limited<br>(2) Xiuling Wei and Yicong Wang |

20/03/2023, 18:18                                                    英国的deed好难理解，大侠们帮忙看看 - 英国板块 - 鱼兽饭

(2) Xiuting Wei and Yipeng Wang

深扒一个小留和他的小奋爸妈【一】（故事笑死我了）

| 4 | 2016-01-11 | The Lease prohibits or restricts alienation. |

5 太空神曲 2 2023 年 1 月 6 日 17:09     2016-01-11    The title includes any legal easements referred to in clause LR11.1 of the registered lease but is subject to any rights that are granted or reserved by the lease and affect the registered land.

NOTE: The rights granted in Schedule 2 of the registered lease are included in the title only so far as the landlord had the power to grant the same.

| 6 | 2016-01-11 | The title includes any legal easements referred to in clause LR11.1 of the registered head-lease but is subject to any rights that are granted or reserved by the lease and affect the registered land. |

NOTE: Registered head-lease filed under title MAN193181.

| 7 | 2016-01-11 | The landlord's title is registered. |

20/03/2023, 18:18

英国的deed好难理解、大侠们帮忙看看 - 英国板块 - 鱼翠版

20/03/2023, 18:18

英国的deed好难理解，大侠们帮忙看看 - 英国板块 - 鱼翅饭

| Registered owners | Yipeng Wang |
| | 27 Stadium Drive, Manchester M11 3NB |
| **Last sold for** | £184,500 |

## A: Property Register

This register describes the land and estates comprised in this title.

| Entry number | Entry date | |
|---|---|---|
| 1 | 2011-05-11 | GREATER MANCHESTER : MANCHESTER |
| | | The Leasehold land shown edged with red on the plan of the above title filed at the Registry and |
| | | being 27 Stadium Drive, Manchester (M11 3NB). |
| 2 | 2011-05-11 | The mines and minerals are excepted. |
| 3 | 2011-05-11 | Short particulars of the lease(s) (or under-lease(s)) under which the land is held: |
| | | Date     : 21 April 2011 |
| | | Term     : 250 years (less ten days) from 1 January 2004 |
| | | Parties   : (1) Lovell Partnerships Ltd |
| | | (2) Yipeng Wang |
| | | (3) The Way Beswick (Zone 4) Management |

20/03/2023, 18:18                          英国的deed好难理解，大侠们帮忙看看 - 英国板块 - 伤害饭

| 4 | 2011-05-11 | The Lease prohibits or restricts alienation. |

太空神曲 3 2023 年 1 月 6 日 17:10

| 5 | 2011-05-11 | The title includes any legal easements referred to in clause LR11.1 of the registered lease but is subject to any rights that are granted or reserved by the lease and affect the registered land. |

| 6 | 2011-05-11 | The landlord's title is registered. |

英国的deed好难理解，大侠们帮忙看看 - 英国板块 - 仙翁版

20/03/2023, 18:18                                          英国的deed好难理解，大侠们帮忙看看 - 英国板块 - 鱼鳖版

| **Registered owners** | Xiuling Wei |

14 Carbis Avenue, Manchester M11 3DP
4 Barmouth Street, Manchester M11 3BZ

Weiguo Wang

14 Carbis Avenue, Manchester M11 3DP
4 Barmouth Street, Manchester M11 3BZ

**Last sold for**          £225,000 on 06 September 2019

## A: Property Register

This register describes the land and estates comprised in this title.

**Entry number**   **Entry date**

| 1 | 2016-11-17 | GREATER MANCHESTER : MANCHESTER |
| | | The Leasehold land demised by the lease referred to below which lies within the area shown edged with red on the plan of the above Title filed at the Registry and being 14 Carbis Avenue, Manchester (M11 3DP). |
| 2 | 2016-11-17 | Short particulars of the lease(s) (or under-lease(s)) under which the land is held: |

Date     : 27 October 2016
Term     : 250 years (less ten days) from 1 January 2004
Parties  : (1) Lovell Partnerships Limited

(2) Henry Nduka Dennis Ofodieze

窗窗侯 4  2023 年1 月 6 日 17:57    The Lease prohibits or restricts alienation.

这个其实无所谓，你要买就买，双方律师交易就成， 你担心什么呢

steven 5  2023年1 月 6 日 18:08

为什么国内被要查卖这里的房子？真奇怪

Y_Y 6  2023 年1 月 6 日 18:10

同意。走律师 怕什么

steven 7  2023 年1 月 6 日 18:12

会不会因为他买房资金有问题而出问题？按理中国政府的手伸不到这里

steven 8  2023 年1 月 6 日 18:13

比市价便宜很多吗

20/03/2023, 18:18                                英国的deed纤维理解。 大侠们帮忙看看 - 英国板块 - 鱼薯版

<u>艺昱</u> 9  2023 年 1 月 6 日 18:15

玄鹄

<u>steven</u> 10  2023 年 1 月 6 日 18:19

网上搜不到出售信息 我感觉楼主跟这人有仇

<u>艺昱</u> 11  2023 年 1 月 6 日 18:22

steven:

网上搜不到

哪有正经买卖房编成这般"故事会"的。

<u>sky light</u> 12  2023 年 1 月 6 日 18:22

楼主这是醉翁之意不在酒吧

2 个赞

20/03/2023, 18:18                                 英国的deed好难理解，大侠们帮忙看看 - 英国板块 - 鱼离饭

麦克斯韦妖 13  2023 年 1 月 6 日 18:35

楼主还是回烂果去吧

1 个赞

steven 14  2023 年 1 月 6 日 18:37

想让鱼粪的人接盘破房子吗？来勾引我的？

太空神曲 15  2023 年 1 月 6 日 18:37

应该没有很多，听中介的口气，让我先出价。

steven 16  2023 年 1 月 6 日 18:39

怎么全是leasehold？

太空神曲 17  2023 年 1 月 6 日 18:40

瞎说啥呀。我也是搜不到才来这问的，怕有诈。

20/03/2023, 18:18                                                                                     英国的deed好难理解，大侠们帮忙看看 - 英国板块 - 鱼鳞版

<u>太空神曲</u> 18  2023 年 1 月 6 日 18:41

什么是leasehold？英国的房子难道不是永久产权？

<u>steven</u> 19  2023 年 1 月 6 日 18:42

你是不是才来英国？小心遇到骗子中介。

<u>Sparetyre</u> 20  2023 年 1 月 6 日 18:44

Leasehold是产权的意思吗？

<u>steven</u> 21  2023 年 1 月 6 日 18:44

都是公寓对吧？你怎么遇到那个中介的

<u>Sparetyre</u> 22  2023 年 1 月 6 日 18:45

永久产权的英文是什么？

20/03/2023, 18:18                                              英国的deed好难理解，大侠们帮忙看看 - 英国板块 - 鱼羹饭

太空神曲 23  2023 年1 月 6 日 18:46

微信群里添加的

steven 24  2023 年1 月 6 日 18:47

那你问她怎么rightmove 和zoopla都搜不到出售信息

1 个赞

沉塞侯 25  2023 年1 月 6 日 19:08

这个其实无所谓，只要走律师交易就成，没规定一定要去网上打广告

Biun 26  2023 年1 月 6 日 19:12

心动没？😄

Biun 27  2023 年1 月 6 日 19:15

Freehold吧(☉о☉)，如果是leasehold有999年也没所谓。公寓房很多写着share of freehold，一定要问清，因为其实有些都没有100年产权了。这里房子产权不到80年都不好卖。

20/03/2023, 18:18                    英国的deed好难理解，大侠们帮忙看看 - 英国板块 - 鱼鳞版

Bian 28  2023 年 1 月 6 日 19:17

我觉得 leasehold 没有160年都没有吸引力。

FCF 29  2023 年 1 月 6 日 19:40

这帖子应该是那个 曼城男 乌克兰 姐姐 妹妹 被骗炮
的祥林嫂帖主。

2 个赞

steven 30  2023 年 1 月 6 日 20:03

　　Bian:

　　如果是 leasehold 有999年也没所谓

999年也可能一年几千镑 service charge

steven 31  2023 年 1 月 6 日 20:04

第一次想给你点赞 哈哈哈哈 她应该是把对方房子信息搜出来了

1 个赞

20/03/2023, 18:18                                                英国的deed好难理解，大侠们帮忙看看 - 英国板块 - 鱼鲁饭

Bian 32  2023 年 1 月 6 日 20:42

那就大大方方点赞呗，对事不对人好不好，空气赵。😂

1 个赞

匿名1360 33  2023 年 1 月 7 日 09:32

你没自己看一遍？
这3 都是 leasehold，250 年产权，从2004年开始算
公寓多数是这样
要留意每年地税和管理费是多少，有些很不合理

第3套公寓 第2条 的parties(2)，Henry是谁，而上面2套都是写房主的名

买房文件中，deed算是容易理解的了，难的在后面

匿名1360 34  2023 年1 月 7 日 09:39

这主要和设施多少、分摊的户数，还有管理公司有多黑有关
我有套还有970年，去年1400多镑
看过一些剩90几年的，还比这贵

太空神血 35  2023 年 1 月 7 日 12:33

20/03/2023, 18:18                                    英国的deed好难理解，大侠们帮忙看看 - 英国板块 - 鱼类版

我也不知道这个Henry在这是干嘛的。这个房子我看了地图，是个连排。这个时间和sold的时间不一样，也许是个builder？建好后就卖给这个中国人了。
但建这么个房子能建3年？

飞呀飞飞 36  2023 年1 月 7 日 13:27

　　太空神曲：

　　建这么个房子能建3年

建房子建三年在英国是稀奇的事吗？

太空神曲 37  2023 年1 月 7 日 23:50

啊？

太空神曲 38  2023 年1 月 7 日 23:51

Xiuling Wei，中文名字魏秀玲？

steven 39  2023 年1 月 8 日 00:22

20/03/2023, 18:18                                                                                          英国的deed好难理解，大侠们帮忙省省 · 英四板块 · 鱼薯饭

真想搞臭，去微博买热搜。

或者，想办法找到能威胁到对方的料，必须全神贯注，拼凑各种蛛丝马迹，而不是来这样没几个人且大家不关心的论坛。

你这样的玩法，只是分散自己的精力，浪费时间，令自己更加沮丧。

1 个赞

---

太空神曲 40  2023 年1 月 8 日 03:36

谢谢大兄弟的关心。不过我真不关心他们臭不臭的，只是想知道这个deal是不是一个坑。

这个老师，不是已经被查了嘛。不说别的，买这些房子的钱怎么转过来的？ 非法换汇超过500万人民币可就是要要负刑事责任的。这些房产的钱肯定超过500万人民币了呀。所以被查不冤。

---

Threelucky 41  2023 年1 月 8 日 05:15

Deed 有很多细节，不是问哪个论坛就能找到答案的。这边买房都要找律师。你的问题和担心，你的买房律师会给你解释和检查得很清楚。如果卖家有问题，你的律师不会帮你买房；同理，如果你的买房资金来源有问题，也没有律师会帮你办理。

1 个赞

---

steven 42  2023 年1 月 8 日 07:08

太空神曲:

不过我真不关心他们臭不臭的，只是想知道这个deal是不是一个坑。

20/03/2023, 18:18          英国的deed好难理解，大侠们帮忙看看 - 英国板块 · 鱼薯版

这个老师，不是已经被查了嘛。不说别的，买这些房子的钱怎么转过来的？非法换汇超过500万人民币可就是要负刑事责任的。这些房产的钱肯定超过500万人民币了呀。所以被查不冤。

言行如此明显是那位祥林嫂。你继续表演吧。做人不坦荡。你现在搜集的都是无用的东西。就你这点东西，你需要证明：她用的国内转的钱；几个房子都是国内转汇，且属于同一个人；她人在国内；而且你得有本事让当地警方受理。

你要这么有本事，就不会来这些论坛找路径了。想干大事得沉住气深挖。找到真正的黑料并且找到他的敌人。靠不了关系就得靠舆论。你这样的，没那股劲儿。

1 个赞

<u>Lisa</u> 43  2023 年 1 月 8 日 11:20

发了多少个贴换了几个ID了？看客看烦了都。你在这俩网站没完没了的，真的很滚刀肉。翻来覆去就这点东西。

2 个赞

<u>FCF</u> 44  2023 年 1 月 8 日 12:07

恩 这个祥林嫂好烦呀
论坛坛主能不能设置一个 新id必须等待72小时才能发帖的限制呀。

<u>一号海味</u> 45  2023 年 1 月 8 日 12:30

一个在问 那个国内法学教授被捕，英国房产要出手，想买却担心有猫腻，不像特意在抹黑谁
一个在骂 新ID爆料渣男骗婚乌克兰美女未遂，换ID继续抹黑渣男一家？

是同一件事？

20/03/2023, 18:18                                 英国的deed好难理解，大侠们帮忙看看 - 英国板块 - 鱼薯饭

steven 46  2023 年1 月 8 日 12:56

100分确定是。真的太不会掩饰了。我觉得她搞不定那个渣男，她需要请我这样的侦探。

Bian 47  2023 年1 月 8 日 13:53

人家曝光渣男，你管人家愿意怎么曝光？！TA做没意思了自然也就停止了。你激动得像是曝光的是你本人一样。TA如果因为曝光做了违法违规的事，你要不好心提醒TA，要不找警察解决TA。
我就奇怪TA如果曝光的是个渣女，你会怎么反应？

1 个赞

steven 48  2023 年1 月 8 日 14:49

更加激烈反对。我是渣男渣女守护者。满意了吗？
你没看出来我在告诉她正确的做法吗？你烦不烦天天找我挑事儿。其他人也在这么说你怎么不去哪哪歪歪。看上我了就直说！要么就是嫌弃我穷！

1 个赞

太空神曲 49  2023 年1 月 8 日 17:08

几位大佬别吵了。我在认真地问一个问题。中介说已经有人愿意offer了。也不知道真假。

steven 50  2023 年1 月 8 日 17:45

20/03/2023, 18:18 　　　　　　　　　英国的deed好难理解，大侠们帮忙看看 - 英国板块 · 鱼薯饭

累不累？心理医生走一走。

1 个赞

太空神曲 51  2023 年1 月 8 日 23:59

好的好的。这个deal如果搞成，我一定把赚到的钱一部分去看看医生。身体健康是第一位的。

太空神曲 52  2023 年1 月 11 日 16:31

律师用中介给推荐的，还是自己找一个？

Bian 53  2023 年1 月 11 日 16:51

中介推荐的可能会贵啊，但是因为认识他们可能交流方便。

太空神曲 54  2023 年1 月 12 日 01:36

律师不敢造假或者骗人吧？

Bian 55  2023 年1 月 12 日 13:56

20/03/2023, 18:18

英国的deed好难理解，大侠们帮忙看看 · 英国板块 · 鱼薯版

没有敢不敢，只有值得不值得

**Exhibit 4-2**

**4-2. The proof of requested evidence would be discoverable in the foreign jurisdiction- 某人的马甲 -for sale cars-5119**

**To prove the fact:**

1. On 24 January 2023, a poster by the name of "某人的马甲" published a post with the above-mentioned two photos of the cars on https://fishandchips.fans, the post's URL is https://fishandchips.fans/t/topic/5119.

2. In the post, the poster directly pasted the above-mentioned two photos of the cars, he not only made the malicious falsehood that two cars are illegal possessions, also the poster sold the two cars fraudulently at a "reduced price" by himself.

3. Due to the applicants do not have sufficient information about the poster, the respondent is the operator of https://fishandchips.fans, it hold the identity information of the posters, the evidence would be discoverable in the foreign jurisdiction, it will be the assistance to foreign and international tribunals and to litigants before such tribunals to find out who is the responsible person for the infringement.

## 急售！豪华版奔驰SUV & 4门 E级。低里程，保养良好。价格从优

某人的马里 1  2023 年1 月 24 日 17:57

曼城Beswick。有意者私信。



1 个赞

23/03/2023, 16:09

话题 · 活动 · 某人的马甲 · 鱼薯版

# 某人的马甲

私信          👤 常规 ▾

- › 社区
- ˅ 类别
  - 中国故事 ✎
  - 影音娱乐 ✎
  - 我是女生 ✎
  - 折扣优惠
  - 数码科技
  - 旅行摄影 ✎
  - 美食天地
  - 英国板块 ✎
- ☰ 所有类别
- ˅ 消息
  - ✉ 收件箱
- ˅ 个人聊天 ↗
- 🌐 UKOutlander

👤 摘要        ☰ 活动        ✳ 徽章

☰ 所有        ☰ 话题        ↩ 回复        ♡ 赞        ☺ 回应

| 话题 | 回复 | 浏览量 | 活动 |
|---|---|---|---|
| 急售！豪华版奔驰SUV & 4门 E级。低里程，保养良好。价格从优 | 13 | 1.1k | 1 天 |

20/03/2023, 18:16                                      急售！豪华版奔驰SUV & 4门 E级。低里程。保养良好。价格从优 - 英国板块 - 鱼薯版

<u>渣打一个小留和他的小贪爸妈【一】（故事笨死我了）</u>


<u>某人的马里 2</u>  2023 年 1 月 24 日 17:57



20/03/2023, 18:16                              急售！豪华版海能SUV & 4门E级，低里程，保养良好，价格从优 - 英国板块 - 鱼翻版

Dragonlady 3  2023 年1 月 24 日 18:30

看到曼城 Beswick 就想笑 😂

不歪楼，楼主马甲继续卖

FCF 4  2023 年1 月 24 日 21:41

浪费论坛资源，管理员能否出来管管，永久把这个人ban了，包括注册?

UKOutlander 5  2023 年1 月 24 日 21:42

   FCF:
   管理员能否出来管管

为啥？怎么了?

FCF 6  2023 年1 月 24 日 22:53

这id都是那个曼城渣男祥林嫂骗炮女呀。又是转弯抹角来问

20/03/2023, 18:16            急售！豪华版奔驰SUV＆4门E级，低里程，保养良好，价格从优 - 英国板块 - 鱼薯版

steven 7 2023 年 1 月 24 日 22:55

算了吧．大概就是太难过搞出精神偏执了。真的应该去看心理医生才对

1 个赞

steven 8 2023 年 1 月 24 日 22:57

真的建议你去微博搞搞这些事儿．这地方人少．个个又懒．提不起网暴兴趣。

UKOutlander 9 2023 年 1 月 24 日 23:02

不管发生什么事．这里能给个渠道释放一下情绪也好。你看隔壁吵吵一天了．如果不在这里渲泄出来．没准儿就会对家人渲泄了。

2 个赞

FCF 10 2023 年 1 月 24 日 23:14

你最善解人意了 nice

舒尔茨 11 2023 年 1 月 25 日 02:33

真的是那位？ 🤨

https://fishandchips.fans/t/topic/5119/print      4/5

20/03/2023, 18:16                                         急售！豪华版奔驰SUV & 4门E级、低里程、保养良好、价格从优 - 英国板块 - 鱼薯饭

舒尔芘 12  2023 年1 月 25 日 19:25

突然发现、我们都太幼稚了 😂

Sparetyre 13  2023 年1 月 25 日 19:38

你坦克什么时候给？！

**Exhibit 4-3**

23/03/2023, 15:45

所有 - 活动 - 张三李四 - 仿美版

# 张三李四

私信　　👤 常规 ▾

👤 摘要　　≡ 活动　　✸ 徽章

≡ 所有　　⋮≡ 话题　　↩ 回复　　♥ 赞　　☺ 回应

> 社区
∨ 类别
　中国故事 ⚙
　影音娱乐 ⚙
　我是女生 ⚙
　折扣优惠
　数码科技
　旅行摄影 ⚙
　美食天地
　英国板块 ⚙
⋮≡ 所有类别

∨ 消息
⌂ 收件箱

∨ 个人聊天
● UKOutlander

如果你是老板，你觉得这个candidate如何？　　1 月 16 日

一个简单的问题，就引来那么多无关的评论。真是服了U们 😂

如果你是老板，你觉得这个candidate如何？　　1 月 15 日

我在这个论坛就这一个账号。渣男骗乌克兰性工作者（其实是互相骗，或者说各取所需），和我在这里说的这个有什么矛盾吗？

如果你是老板，你觉得这个candidate如何？　　1 月 15 日

嘘，小声，有人会生气说你在说谎 😂 被华为解雇后，一直是self-employed，不算失业吧。

如果你是老板，你觉得这个candidate如何？　　1 月 15 日

是的。

如果你是老板，你觉得这个candidate如何？　　1 月 15 日

Skip to profile content

✉

20/03/2023, 20:54 曝光一个曼城 Beswick区的骗子渣男王×× · 英国板块 · 鱼薯饭

# 曝光一个曼城 Beswick区的骗子渣男王××

张三李四 1 2022 年12 月 8 日 15:04

骗子渣男的中文名是王某某，英文C****，30出头，个子不高挺胖，来自深圳。他妈是深圳某个大学法学院的。骗子一家住在Beswick、在Barmouth、Carbis、Stadium各有一套房子（自住和出租）

骗子渣男无正经工作，为了留在英国，一连10年在各个技校和大学"读书"。已经证实其号称的曼大博士学位是假的，其他学位也可能是假的。其号称在苹果工作，实为上学期间在苹果店打零工。还号称为了创业炒了华为，其实是在华为卖手机设备，而且是被被华为开除的。在英国找不到工作，也找不到女票。就利用乌克兰局势动荡、那边的女孩子希望到安宁的地方生活。跑到乌克兰去当"志愿者"，实为以结婚带女孩子去英国为由去骗炮骗女孩子。LZ好朋友的妹妹就受了骗，造成不可弥补的伤害。

1 个赞

Y_Y 2 2022 年12 月 8 日 15:22

火钳留帖

1 个赞

匿名1350 3 2022 年12 月 8 日 15:27

Yeah~
现在怎么定义渣啊？我一直以为骗感情的叫渣。看来撒谎吹牛皮的都叫渣。

20/03/2023, 20:54                                      喵光 一个曼城 Beswick区的婊子渣男王××·英国板块·鱼薯版

Y_Y 4  2022 年12 月 8 日 15:28

中心问题是，楼主被他怎么了？

1 个赞


匿名1350 5  2022 年12 月 8 日 15:31

我关注的是去乌克兰当雇佣兵很容易吗？当兵哪有时间去花啊(☉o☉)为啥冒着生命危险去那个地方找。花点钱pg不都有现成的吗

1 个赞


张三李四 6  2022 年12 月 8 日 15:37

一开始很容易。那时候乌克兰方面觉得形势很危急，什么人都允许参加。其实绝大部分去参加的根本就是啥也不干、就在那边晃荡。像这个渣男。后来到了4、5月份局势稳定后，乌克兰就基本把这些人都开掉了，也不再招募雇佣军。


寂寞侯 7  2022 年12 月 8 日 15:52

隔壁论坛的那位吗


张三李四 8  2022 年12 月 8 日 16:03

你也在那边逛？

20/03/2023, 20:54　　　　　　　　　　　曙光 - 一个曼城 Beswick区的骗子渣男×× · 英国板块 · 鱼蛋版

<u>寂寞侯</u> 9　2022 年 12 月 8 日 16:06

我是做留学的.本来是有个说 他亲戚读书华威大学 找不到工作.慢慢的.骗子王的事情都出来了 🍵吃个大瓜

<u>Bian</u> 10　2022 年 12 月 8 日 16:51

张三李四、请继续。还没看出有多渣、就看出也是一把房门钥匙、也是破公寓房吗？

<u>张三李四</u> 11　2022 年 12 月 8 日 16:53

说话好深奥，没明白你在说什么。你在曼城吗？

<u>dunding</u> 12　2022 年 12 月 8 日 22:15

　　张三李四：

　　跑到乌克兰去当"志愿者"，实为以结婚带女孩子去英国为由去骗炮骗女孩子。

那后来呢？被骗的女孩子现在在哪里？

<u>steven</u> 13　2022 年 12 月 8 日 22:18

20/03/2023, 20:54                              喷光  一个曼彻 Beswick区的骗子渣男王xx - 英国板块 - 鱼薯版

被骗炮就炮回去，或者拐掉这件事。渣男玩玩不结婚，未尝不是好事。只要不是rape就没法告，翻篇吧。
现代社会没有失身这回事，只要是自愿的，就是sex而已，没什么大不了。

再说了，用sex换取机会本身就是投机行为，我不指责投机行为，但是投机是有风险的，这就是投机失败了。或许可以把风险告知其他类似投机的人，
但把自己的时间和情绪耗在失败的投机上，没有意义。

有这功夫，想继续投机就吸取教训，擦亮眼睛，找更好的投机对象；或者转移路线，努力在其他方向上。

1 个赞

<u>Summer</u> 14  2022 年12 月 8 日 23:18

我没有完全看懂，就搬个小板凳等着吃瓜

<u>Y_Y</u> 15  2022 年12 月 8 日 23:23

20/03/2023, 20:54                          曙光 - 一个曼彻 个曼彻区的骗子诈男王×× - 英四板块 - 鱼茶版

0:00 / 0:09

张三李四 16 2022 年12 月 9 日 13:45

现在在土耳其

20/03/2023, 20:54    曙光 - 一个曼城 Beswick区的骗子渣男王×× - 英国板块 - 白兔版

danding 17  2022 年12 月 9 日 13:47

你是说那个你朋友的妹妹被骗来英国现在人又跑到土耳其去了？

张三李四 18  2022 年12 月 9 日 13:56

妹妹没有被骗到英国。她看穿了王××. 据了他（但伤害已经造成）。王××后来找了一个曾经在中国卖淫的鸟女带回英国，号称找了模特女友。他父母知道他带回来的是一个妓女不知道会怎么想。

不过他父母也不是什么善类。

danding 19  2022 年12 月 9 日 13:58

> 张三李四:
> 王XX后来找了一个曾经在中国卖淫的鸟女带回英国

这个结局不是挺好的嘛

你朋友的妹妹受到伤害了你觉得忿忿不平. 那那个小妹妹本人对整件事的看法呢？

张三李四 20  2022 年12 月 9 日 14:08

受到的伤害要"炮"回去呀 😂

王XX一家都不工作，是怎么维持几个房子，还有两辆车的开销的，日常生活？他母亲在国内当过公安小官，来英国时是不是如实填了？

<u>steven</u> 21  2022 年12 月 9 日 14:18

　　张三李四:

　　他母亲在国内当过公安小官，来英国时是不是如实填了？

那你举报他去。
你发的这种情感私密事儿，根本不算什么事儿，反倒显得自己像得祥林嫂。当然祥林嫂是值得同情的，但你这里是一个想投机一个想骗炮，投机失败只能认倒霉，继续找下家才是好出路。

<u>steven</u> 22  2022 年12 月 9 日 14:21

　　张三李四:

　　王XX后来找了一个曾经在中国卖淫的乌女带回英国，号称找了模特女友。

人家乐意怎么了？当过卖淫女又怎么了？不是社会经济问题谁会愿意去卖淫？
那些想用身体换取来英国机会的受害者难道和卖淫女本质差异很大吗？
都是人，别把自己看得那么高贵。

<u>张三李四</u> 23  2022 年12 月 9 日 14:35

没事没事，我只是给大家一个瓜。您老愿意吃就吃，不愿意就别吃。

曙光 一个曼城 Beswick区的骗子渣男王xx · 英国板块 · 鱼薯饭

<u>张三李四</u> 24  2022 年12 月 9 日 14:42

我没有看不起卖淫女。人家也是靠劳动所得。比王XX一家骗高贵多了。LZ朋友的妹妹没有投机、要投机就跟着来英国了。王XX是求了好久，最后才不得不另找一个去顶。

<u>张三李四</u> 25  2022 年12 月 9 日 14:44

感情您老人家做的都是大事，厉害！做大事的怎么有闲工夫听祥林嫂唠叨

<u>steven</u> 26  2022 年12 月 9 日 14:46

你投瓜就投清楚点，别投得莫名其妙的，半天搞不清楚到底骗了什么。
你说男的以搬运为诱惑骗炮，但他又真的带了个女的回英国。所以我的理解就是他和你朋友发生了关系但没有带你朋友来英国，反而找了一个你口里的卖淫女。

如果这是事实，我真的看不出来谁是多大的受害者，就是他比较喜欢那个卖淫女而已。

<u>steven</u> 27  2022 年12 月 9 日 14:48

张三李四：

王XX是求了好久，最后才不得不另找一个去顶

听起来太诡异了。你不能说清楚点？他想搬运女的来英国，你朋友妹妹没答应，找了另一个，结果那人被骗炮没有被带来英国？还是看不出来到底多大伤害。

steven 28  2022 年12 月 9 日 14:19

你这人真的头脑不清楚，想报复都找不到痛点。

张三李四 29  2022 年12 月 9 日 16:42

隔壁论坛已经说得很详细，就不在这重复了。

Bian 30  2022 年12 月 9 日 16:42

不去，重复一下呗

张三李四 31  2022 年12 月 9 日 16:42

已经举报了

一兮海味 32  2022 年12 月 9 日 17:38

不去+1

楼主把你的帖贴来这里吧，有心揭发骗子渣男的，区区复制粘贴怎么会嫌麻烦呢

benzy 33  2022 年12 月 9 日 17:57

哥哥半夜都在坚持打篮球你知道吗?

Bion 34  2022 年12 月 9 日 20:34

啥哥哥啊(◎oﾟ◎) 就记得好像那个卖药的后来被猫发现，他好像还唱歌打篮球

benzy 35  2022 年12 月 9 日 20:34

你不是ikun?

Bion 36  2022 年12 月 9 日 20:39

钱少、ikun这到底时啥啊，我真不知道。我在pg是啥以前不是老实交代过吗，不重要打酱油的。骗你让我明天起来眼圈更黑。

benzy 37  2022 年12 月 9 日 20:59

20/03/2023, 20:54                                    喵充  一个曼城 Beswick区的骗子泄另王×× · 英国板块 · 白黄版

你去搜一下ikun就知道是什么了！你最好是

Bian 38  2022 年12 月 9 日 22:54

搜了，ikun是蔡徐昆的粉缩写？
我不是啊，小白脸我目前喜欢他



张三李四 39  2022 年12 月 10 日 22:59

如果网友能够帮忙转到各个英国华人网站，好吃的瓜会源源不断奉献给大家

Bian 40  2022 年12 月 11 日 20:07

20/03/2023, 20:54                                    啊光 个曼城 Beswick区的骗子渣男王××·英国版块·鱼�9版

诶，有一个ebaylittleangle吧叫做。她的自传才有阅读性啊。她其实应该来这里，我们这儿有LGBT，更包容更有理解力。我都为她可惜、错误的地方叙旧。那几个版主能理解吗？
我如果回北京都想租她的房间。


张三李四 41 2022 年12 月 12 日 00:21

帖子怎么改不了了？


benzy 42 2022 年12 月 12 日 00:24

你要改什么应该可以改啊


张三李四 43 2022 年12 月 12 日 00:48

信息有点太多，有涉嫌别人隐私。要删掉一些


张三李四 44 2022 年12 月 12 日 00:50

谁是版主？

20/03/2023, 20:54                                              曝光 一个曼城 Beswick区的骗子渣男王××·英国板块·鱼蛋饭

<u>Dragonlady</u> 45  2022 年 12 月 15 日 17:55

这个故事到底怎么回事？苹果上说 L Z 妹妹被骗了吗？不是 LZ 的乌克兰朋友的妹妹吗……

20/03/2023, 20:55　　　　　　　　　　　　　曼城Beswick区的渣男 - 英国板块 - 鱼薯版

# 曼城Beswick区的渣男

张三李四 1　2022 年12 月 20 日 19:26

好几个网友都问了。我也搞不清楚为啥都不愿意到隔壁去看看。我就简要说一下吧。

渣男今年在俄乌战争爆发后。到乌去骗女孩子。LZ的最好朋友的妹妹（姐妹俩都是乌克兰人，妹妹很漂亮）就被骗了，虽然后来认清渣男后果断踹了他。但还是被染了了病。因为渣男在和妹妹交往时，还和一个曾经长期在中国做特殊行业的乌克兰女子XX。现在渣男把这个女子带回英国冒充妹妹。对了，这个女子听说现在依然偷偷出来接ke。

妹妹现在在上耳其。正在帮她申请签证去美国。

FCF 2　2022 年12 月 20 日 19:30

这人好像庞征了，祥林嫂普拉斯。

张三李四 3　2022 年12 月 20 日 19:32

嗯嗯，是得了庞征。祥林嫂其实和愚公移山一样的精神😂

Bion 4　2022 年12 月 21 日 22:49

曝光应该。特别是他好像还有传染病！但是要搞死还是差些手段。最好把他搞得手里的房子都没了，那就不好再骗人了。

曼城Beswick区的边男 - 英国板块 - 鱼蛋饭

# 从国内转钱出来要谨慎

张三李四 1  2022 年 12 月 20 日 19:34

人气不是很旺。还是删了吧

1 个赞

飞呀飞 2  2022 年 12 月 20 日 19:42

房地产法，民法的老师还能因买房被抓包😂

张三李四 3  2022 年 12 月 20 日 19:51

哎，小来转钱都被抓包了，你个小蚂蚁算个啥。就看上边有没有闲工夫踩死你了

国家明文规定不许转钱出来买房子；两院司法解释：这种情况属于变相非法买卖外汇、超过500万可以判刑。跟你是不是律师没有半毛钱关系

steven 4  2022 年 12 月 20 日 21:05

叫他们来英国抓，能抓几十万

3 个赞

从国内转钱出来要谨慎 - 英国板块 - 鱼薯版

steven 5  2022 年12 月 20 日 21:06

在国内除了当韭菜惨死还有啥是完全可以避免被判刑的？
全世界恐怕只有中国有这种不许拿钱海外买房的规定
就是人民币不能通用世界的意思
你的钱永远属于国家
但他们对外国人在中国赚钱却不会这样强迫
就好像生为中国人就得生生世世为奴一样

2 个赞

steven 6  2022 年12 月 20 日 21:13

我怀疑这是个钓鱼贴

2 个赞

cutdroid 7  2022 年12 月 20 日 21:22

多虑了。为转钱焦虑的都是我们这种头房还需要凑首付的，真富豪门路多得是 🙄 逛这个坛子的没这么缺心眼儿的，大家都懂的很不需要提醒。去隔壁提醒比较合适

6 个赞

张三李四 8  2022 年12 月 20 日 21:59

唉，还是提醒一下好。有则改之，无则加勉

23/03/2023, 16:08                                从国内转钱出来要谨慎 - 英国板块 - 鱼羹版

steven 9  2022 年12 月 20 日 23:51

这口气特别像那啥啊
这里鱼蹦来蹦去就那么几条

你还是把绩效放国内，江浙一带小老板儿女留学的、心思比较多——给你指条明路

张三李四 10  2022 年12 月 21 日 11:41

嗯嗯。那边我去想办法。英国这边的电报群、微信群大哥拉我一下呗

steven 11  2022 年12 月 21 日 11:44

找版主、她们认识的大鱼多，我早就不用任何social media 了

1 个赞

一号海昧 12  2022 年12 月 21 日 12:53

> 张三李四:
>
> 500 万人民币就可以判刑

这是提醒大家转499万就好吧 💰

从間内转饿出来要谨鎮 - 英国板块 - 鱼番版

23/03/2023, 15:46

话题·活动·张三李四·仿紫版

# 张三李四

私信    👤 常规 ▾

👤 摘要          ☰ 活动          ❀ 徽章

☰ 所有      ☷ 话题      ↩ 回复      ♥ 赞      ◎ 回应

| 话题 | 回复 | 浏览量 | 活动 |
|---|---|---|---|
| 曼城Beswick区的渣男 | 19 | 262 | 21 小时 |
| 如果你是老板，你觉得这个candidate如何？ | 25 | 329 | 1 月 21 日 |
| （还是删了吧） | 4 | 102 | 22 年 12 月 |
| 从国内转钱出来要谨慎 | 11 | 225 | 22 年 12 月 |
| 曝光一个曼城 Beswick区的骗子渣男王×× | 44 | 568 | 22 年 12 月 |

社区
类别
中国故事
影音娱乐
我是女生
折扣优惠
数码科技
旅行摄影
美食天地
英国板块
所有类别
消息
收件箱
个人聊天
UKOutlander

20/03/2023, 20:54                                          如果你是老板，你觉得这个candidate如何？ - 英国板块 · 鱼薯版

# 如果你是老板，你觉得这个candidate如何？

张三李四                                                                                          1 月 15 日

https://www.linkedin.com/in/yipengwang/

工作经历：
2020年5月 – 至今：Self Employed
2019年2月 – 2020年5月：华为店销售
2017年 – 2019年：Yingde Group, 投资顾问
2014年 – 2015年：苹果店销售

教育经历：
2014年 – 2018年：曼切斯特大学商学院（肄 业，没拿到学位）
2013年 – 2014年：华威商学院（商业金融及会计硕士）
2010年 – 2013年：曼城都会大学（国际商业学士）

neb ⓥ                                                                                          1 月 15 日

这边建议你也伪造一份简历骗回去

飞呀飞                                                                                          1 月 15 日

简历里哪份工作是不正经的？看不出来啊😂

跳转到主要内容

20/03/2023, 20:54                                     如果你是老板，你觉得这个candidate如何？ - 英国板块 - 鱼薯版                                     1 月 15 日

**Coffee**

张三李四:

怎么可能找不到一份正经工作?

就是，怎么可能嘛 ～～～

---

**Dragonlady**                                                                                                          1 月 15 日

不愿意给人打工? 也许就是编造的学历?

楼主买了那曼城渣的房子吗?

---

**steven**                                                                                                              1 月 15 日

真诚建议去看心理医生，真的。

---

**sky-light**                                                                                                           1 月 15 日

这人真是遇人不淑，碰到没完没了的祥林嫂了，而且这祥林嫂还满口谎话，不知道是把别人当傻子还是把自己当傻子。

劝你去看看心理医生，放过别人也放过自己

---

张三李四                                                                                                                1 月 15 日

What do you mean?

---

张三李四                                                                                                                1 月 15 日

跳转到主要内容

20/03/2023, 20:54                          如果你是老板，你觉得这个candidate如何？ · 英国板块 · 鱼塘版

stenven, sky-light, 2 A*ses 😂 Why do you create two accounts?

You need to see a shrinker, seriously.

---

**张三李四**                                                                    1 月 15 日

我说的那一句是谎言？欢迎具体指出来。自己建了好几马甲账号给别人扣帽子不要吧

---

**sky-light**                                                                   1 月 15 日

哪一句不是谎言？有病看病吃药，不丢脸

傻子都知道这是两个账号，有病的人才会觉得是马甲。天天注册马甲神经错乱了所以看别人都是马甲。

不跟傻子论长短，已拉黑。别回我了

---

**大吃饱**                                                                       1 月 15 日

被华为解雇后，失业至今。是这个意思吗？

---

**寂寞侯**                                                                       1 月 15 日

这个不就是 曼城那个吗？我公司肯定不要这种人，但是如果是那种介绍客户来拿佣金可以

极目冷眼笑苍云，寂寞一生傲天穹

---

张三李四
跳转到主要内容                                                                   1 月 15 日

20/03/2023, 20:54 　　　　　　　　　　如果你是老板，你觉得这个candidate如何？ - 英国板块 · 鱼缸版

是的。

---

张三李四 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1 月 15 日

嘁，小声，有人会生气说你在说谎 😊

被华为解雇后，一直是self-employed，不算失业吧。

---

麦克斯韦妖 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1 月 15 日

这人穿了马甲又来了，不是说渣男骗乌克兰鸡的故事么

---

张三李四 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1 月 15 日

我在这个论坛就这一个账号。渣男骗乌克兰性工作者（其实是互相骗，或者说各取所需），和我在这里说的这个有什么矛盾吗？

---

Bian  资深用户 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1 月 15 日

你不要管他人(可能是很多人)的反感和冷言冷语，大不了被禁了号。但那之前尽管想说啥说啥。当然英国屁大的地，说谎或者隐瞒早晚被揭穿，那离曝光渣男的目的就越来越远。你看，伦敦那个£50/s，都上了国内外流量媒体，但只有两败俱伤，双方谁的目的都没达到。



偷笑中~

---

steven 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1 月 15 日

跳转到主要内容

23/03/2023, 15:45

所有 · 活动 · 张三李四 · 鱼薯版

我说的那一句是谎言？欢迎具体指出来。自己建了好几马甲账号给别人扣帽子不妥吧

如果你是老板，你觉得这个candidate如何？                                    1 月 15 日

stenven, sky-light, 2 A*ses 😂 Why do you create two accounts? You need to see a shrinker, seriously.

如果你是老板，你觉得这个candidate如何？                                    1 月 15 日

What do you mean?

如果你是老板，你觉得这个candidate如何？                              ∨    1 月 15 日

https://www.linkedin.com/in/yipengwang/ 工作经历： 2020年5月 – 至今： Self Employed 2019年2月 – 2020年5月： 华为店销售 2017年 – 2019年 – Yingde Group, 投资顾问 2014年 – 2015年 – 苹果店销售 教育经历： 2014年 – 2018年： 曼切斯特大学商学院（肄 业，没拿到学位） 2013年 – 2014年： 华威商学院（商业金融及会计硕士） 2010年 – 2013年： 曼城都会大学（国际商业学士）

（还是删了吧）                                                         22 年 12 月 21 日

已经找到了。谢谢

（还是删了吧）                                                         22 年 12 月 21 日

宣传鱼薯饭呀

Skip to profile content

（还是删了吧）                                                         22 年 12 月 21 日

23/03/2023, 15:45                                    所育 · 活动 · 张三季四 · 伪装版

还是删了吧

从国内转钱出来要谨慎                                                                    22 年 12月 21日

嗯嗯。那边我去想办法。英国这边的电报群，微信群大哥拉我一下呗

从国内转钱出来要谨慎                                                                    22 年 12月 20日

唉，还是提醒一下好。有则改之，无则加勉

从国内转钱出来要谨慎                                                                    22 年 12月 20日

哎，小米转钱都被抓包了，你个小蚂蚁算个啥。就看上边有没有闲工夫踩死你了 国家明文规定不许转钱出来买房
子；两院司法解释：这种情况属于变相非法买卖外汇，超过500万可以判刑。跟你是不是律师没有半毛钱关系

从国内转钱出来要谨慎                                                                    22 年 12月 20日

人气不是很旺。还是删了吧

曼城Beswick区的渣男                                                                    22 年 12月 20日

嗯嗯，得了魔怔。祥林嫂其实和愚公移山一样的精神😊

曼城Beswick区的渣男                                                                    22 年 12月 20日

Skip to profile content
好几个网友都问了。我也搞不清楚为啥都不愿意到隔壁去看看。我就简要说一下吧。渣男今年在俄乌战争爆发
后，到乌去骗女孩子。LZ的最好朋友的妹妹（姐妹俩都是乌克兰人，妹妹很漂亮）就被骗了，虽然后来认清渣男

https://fishandchips.fans/u/张三李四/activity                                                                    3/6

23/03/2023, 15:45

所有・活动・张三李四・仙美版

后果断踢了他，但还是被染了了病。因为渣男在和妹妹交往时，还和一个曾经长期在中国做特殊行业的乌克兰女子XX。现在渣男把这个女子带回英国冒充妹妹。对了，这个女子听说现在依然偷偷出来接ke。妹妹现在在土耳其。正在帮她申请签证去美国。

曝光一个曼城 Beswick区的骗子渣男王××     22 年 12 月 12 日

谁是版主？

曝光一个曼城 Beswick区的骗子渣男王××     22 年 12 月 12 日

信息有点太多，有涉嫌别人隐私。要删掉一些

曝光一个曼城 Beswick区的骗子渣男王××     22 年 12 月 12 日

帖子怎么改不了了？

曝光一个曼城 Beswick区的骗子渣男王××     22 年 12 月 11 日

如果网友能够帮忙转到各个英国华人网站，好吃的瓜会源源不断奉献给大家

曝光一个曼城 Beswick区的骗子渣男王××     22 年 12 月 9 日

已经举报了

曝光一个曼城 Beswick区的骗子渣男王××     22 年 12 月 9 日

**Skip to profile content**

23/03/2023, 15:45                                              所有 · 活动 · 张三李四 · 鱼薯版

隔壁论坛已经说得很详细。就不在这重复了。

曝光一个曼城 Beswick区的骗子渣男王××       22 年 12 月 9 日

感情您老人家做的都是大事，厉害！做大事的怎么有闲工夫听祥林嫂唠叨叨

曝光一个曼城 Beswick区的骗子渣男王××       22 年 12 月 9 日

我没有看不起卖淫女。人家也是靠劳动所得。比王XX一家骗高贵多了。LZ朋友的妹妹没有投机，要投机就跟着来英国了。王XX是求了好久，最后才不得不另找一个去顶。

曝光一个曼城 Beswick区的骗子渣男王××       22 年 12 月 9 日

没事没事，我只是给大家一个瓜。您老愿意吃就吃，不愿意就别吃。

曝光一个曼城 Beswick区的骗子渣男王××       22 年 12 月 9 日

受到的伤害要"炮"回去呀 😂 王XX一家都不工作，是怎么维持几个房子，还有两辆车的开销的，日常生活？他母亲在国内当过公安小官，来英国时是不是如实填了？

曝光一个曼城 Beswick区的骗子渣男王××       22 年 12 月 9 日

妹妹没有被骗到英国。她看穿了王XX，据了他（但伤害已经造成）。王XX后来找了一个曾经在中国卖淫的乌女带回英国，号称找了一个模特女友。他父母知道他带回来的是一个妓女不知道会怎么想。不过他父母也不是什么善类。

曝光一个曼城 Beswick区的骗子渣男王××       22 年 12 月 9 日

**Skip to profile content**

23/03/2023, 15:45

所有 · 活动 · 张三李四 · 鱼薯饭

现在在土耳其

曝光一个曼城 Beswick区的骗子渣男王××      22 年 12月 8 日

说话好深奥，没明白你在说什么。你在曼城吗？

曝光一个曼城 Beswick区的骗子渣男王××      22 年 12月 8 日

你也在那边逛？

曝光一个曼城 Beswick区的骗子渣男王××      22 年 12月 8 日

一开始很容易，那时候乌克兰方面觉得形势很危急，什么人都允许参加。其实绝大部分去参加的根本就是啥也不干，就在那边晃荡，像这个渣男。后来到了4，5月份局势稳定后，乌克兰就基本把这些人都开掉了，也不再招募雇佣军。

曝光一个曼城 Beswick区的骗子渣男王××      ⌄ 22 年 12月 8 日

骗子渣男的中文名是王某某，英文C****，30出头，个子不高挺胖，来自深圳。他妈是深圳某个大学法学院的。骗子一家住在Beswick，在Barmouth，Carbis，Stadium各有一套房子（自住和出租）骗子渣男无正经工作，为了留在英国，一连10年在各个技校和大学"读书"。已经证实其号称的曼大博士学位是假的，其他学位也可能是假的。其号称在苹果店工作，实为上学期间在苹果店打零工。还号称为了创业炒了华为，其实是在华为卖手机设备，而且是被华为开除的。在英国找不到工作，也找不到女票，就利用乌克兰局势动荡，那边的女孩子希望到安宁的地方生活，跑到乌克兰去当"志愿者"，实为以结婚带女孩子去英国为由去...

     6/6

## Exhibit 4-4

**4-4. The proof of requested evidence would be discoverable in the foreign jurisdiction - 就爱八卦**

**To prove the fact:**

1. From 17 to 20 March 2023, the poster by the name of "就爱八卦" published 2 serialized articles on https://fishandchips.fans. In these 2 articles, the poster directly linked the URLs of https://fishandchips.fans/t/topic/5001,and https://fishandchips.fans/t/topic/5119, and linked the URL of https://www.6park.com. He used the Cross-propagation methods to disseminate enough, following the post, he used text descriptions to publicize the applicants' family members personal information in details again, it can give the audience a clearer understanding of who the articles are targeting and libelling.

2. Due to the applicants do not have sufficient information about the poster, the respondent is the operator of https://fishandchips.fans, it hold the identity information of the posters, the evidence would be discoverable in the foreign jurisdiction, it will be the assistance to foreign and international tribunals and to litigants before such tribunals to find out who is the responsible person for the infringement.

# 深扒一个小留和他的小贪爹妈【一】（故事笑死我了）

薇爱八卦 1　2023 年 3 月 17 日 14:14

（在别的论坛看到的😄）

小留故名思议就是小时候就出国留学了，一般指本科或者更早。小留在2003年，也就是中国正式加入WTO以前很少见。2010年，也就是4万亿出来前也不多。2010年以后，随着一大批"暴富"家庭的出现，小留急剧增多。

故事里的这个小留姓Wang，生于1991年底、2008年到英国一个叫Boston College的高中（注意不要跟美国的Boston College大学搞混）。在那个时候出来读高中是相当罕见的。得有相当的经济实力才行。小留的娘是广州一所高校的老师，爹是一个普通的公务员，既没有老钱、也没有祖屋、正常情况显然是没那个经济实力的。那小留的爹妈是靠什么供小留的呢？哈哈，秘密在于，小留的娘，姓Wei，是做房地产的，而且是在政府！有行政职务：广州房产所专业法律顾问、佛山房地产仲裁员、还有警衔等等。

各位看官应该记得广东在2012年习大大严打前，就是一个巨大的黑社会。那里的公检法很黑。大家可能都听说过东莞的太子辉（掌管整个东莞的黄赌），陆海丰的毒品产销大型联合体、深圳的飞车党、扒头党、广州火车站的张帮、李帮。。这些有组织的犯罪团伙。没有司法部门做后台不可能存在。但是最爬的也最黑，还是房地产。腐败官员依靠公检法，指挥黑恶势力巧取豪夺农民和市民的土地和房子、转手给开发商。大发横财。小留的爹妈在其中虽然只是小角色，但分到一两口汤也足够供小留了。

小留爹妈其实也并不把小留送出来。毕竟是个独苗。但俗话说的好龙生龙、凤生凤。老鼠的崽儿会打洞。小留吃喝玩乐坑蒙拐骗很在行，读书那可是一个烂。另外，小留爹妈也知道自己做的见不得光、不知道哪天就会被专政。把小留送出来也可以给自己留一条路。风声不对时能脚底抹油。所以小留就这么被出来了。

小留到了英国本性不改。混到中学毕业。成绩惨不忍睹。只好上了一所在Manchester的纯正的野鸡大学（Manchester Metropolitan）。小留爹妈也很无奈、但还不死心。就在Manchester给小留买了一个房子、想以此来鼓励小留努力。

无奈小留真的就是个老鼠的崽儿。除了继续吃喝玩乐坑蒙拐骗，小小年纪还学会了赌和嫖。又混到大学毕业，工作完全没有希望。只好接着上了另一个野鸡program（华威商学院1年制硕士。一手交钱一手拿文凭那种）、很自然的，毕业后还是没有任何找到工作的希望，不管是在英国还是在中国。

时间到了2014年。这时候中国反腐已经深入，很严厉。小留爹妈自然心惊胆战。催促小留赶紧在英国找工作。国内外要回了。小留说就是杀了他，他也找不到工作的。这时不知道谁提了醒，说只要在英国合法待够十年，就可以拿到英国永居和国籍。小留已经在英国混了6年。再混4年也不难。小留爹妈一合计。就让小留接着"读书"。小留撒泼打滚也没用。因为他知道自己除了吃喝嫖赌啥也不会。离开爹妈的资助他马上就得去睡到大街上。所以只好硬着头皮去"读书"了。

20/03/2023, 18:19 深圳 一个小留和他的小奋斗妈【 -】 (故事笑死我了) - 英国板块 · 鱼薯版

## （待续）

好像和下面两个有关？

急售！豪华版奔驰SUV & 4门 E级。低里程，保养良好。价格从优

曼城Beswick。有意者私信。[c1]

英国的deed好难理解，大侠们帮忙看看

中介推的。在曼城的Beswick区。说有中国卖家急着卖掉手里的房产。据说被在国内被查了。全款速买的话有优惠。我看了房契，没看懂。中介说这些都是政府的公开信息，不会有假。但不放心啊。大侠们帮看看。 中介说这几个房子其实都是Xiuling Wei的(据说是深圳大学法学院的一个老师，做过小官小吏)，只是放在不同人名下（Weiguo Wang是她老公，Yipeng Wang是她儿子）。但政府应该肯定只…

寂寞侠 2 2023 年3 月 18 日 08:32

在隔壁看过这个事情

1 个赞

Lough 3 2023 年3 月 18 日 08:36

然后呢

jinq733 4 2023 年3 月 18 日 12:56

20/03/2023, 18:19                                深扒 一个小留和他的小舍多到【 】 （故事笑死我了 ） - 英国板块 - 鱼餐版

就爱八卦：

这时候中国反腐

最近国内好像不反腐了？腐都没了吗？

jinq733 5  2023 年3 月 18 日 12:58

看了半天．好笑的点在哪里？

就爱八卦 6  2023 年3 月 18 日 15:20

网上用标题搜一下就有了．是个连载。我是在一个什么北美网站看到的。

就爱八卦 7  2023 年3 月 18 日 15:21

你问纪委去呗

FCF 8  2023 年3 月 18 日 20:12

真没劲．绕来绕去．又是那个曼城祥林嫂
什么 妹妹 乌克兰 渣男 骗炮。。。。。。。。

20/03/2023, 18:19                          深扒 一个小留和他的小食茅妈【 】 （故事笑死我了 ） - 英国板块 - 鱼薯版

<u>就爱八卦</u> 9  2023 年3 月 20 日 00:09

这个又是啥典故？

## 深扒一个小留和他的小贪爹妈 （二）[转]

就爱八卦 1  2023 年3 月 20 日 19:48

(原文在留园。不过也是转载的、深扒 一个小留和他的小贪爹妈 （二）[转] _6park.com

在"读书"期间。小留也做了一些"课外打工"。比如去一所中文学校教中文。英国允许外国学生在校园外打工。不要以为小留是为了那几个钱，而是小留想泡中文学校里的小女孩子。小留爹妈知道后可听坏了。知道英国司法机关不比中国的。那可是会来真格的。小留搞未成年那铁定要坐牢啊。小留一看计谋被看穿、只好不在那"打工"了。

2014年。小留开始在Manchester University"读博"。这时的小留已经23了。既不高。也不帅。说富有嘛。英国女孩对钱无感。中国女孩又看不上他那点钱。毕竟去英国的土豪大贪的孩子多的是。这样小留总是找不到女票。只能花钱找lj。小留也不想每次去嫖还得操心怎么下次骗爹妈多给钱。于是也想发挥自己坑蒙拐骗的老鼠崽特长。先是去了苹果店卖手机。跟爹妈说自己在苹果公司做specialist。其爹妈那个高兴啊。逢人就吹嘘自己的儿子在苹果公司工作。还给他介绍女孩。但女孩一打听。发现苹果公司在那一带并没有分公司啊。再一盘问当地的其他留学生。原来小留是在mall的手机店看维。结局可想而知。在手机摊"上班"一阵子后。发现来钱比他的小贪爹妈来钱难太多了。一个月下来还不够他嫖两次的。也就没再干下去。

2017年小留又混到一个叫Ying De Group的华人中介公司。对外称是投资经理。其实就是做地下钱庄。地下钱庄洗钱有很多方式。小额的一般就是通过虚假外贸合同。比如购买一支子要20欧元。其实真实价格是0.5欧。大一点的是境外赌博。比如某老板一次就赌输了上百万欧。连输了好几十次。更大的。那就是你我能知道的了。小留做投资经理去揽生意。有洗钱需求的都不傻。三言两语就知道小留是脑满肠肥（小留和他父母一样。相当肥胖）。不学无术。更主要的。是觉得小留不可靠。所以小留最后只做了他爹妈的生意。把他爹妈的赃款洗了一部分出来。

顺便说一下。小留爹妈2011年洗了一些赃款到英国曼切斯特给小留买了一个Town House。用的是小留的名字。2016年又洗了一些款出来买房产。还是在曼切斯特。但这次就没有用小留的名字。而是用了自己的名字。可见小留的爹妈也知道小留是个败家子。不放心把房产再放在他名下。宁愿冒险用自己的名字。说冒险是因为这个被查出来是可以作为贪腐洗钱的证据。

时间到了2018年。小留终于熬到了10年。他的小贪爹妈是有喜有忧。喜的是小留终于可以拿到英国永居和国籍。他们算是有了一条逃跑的后路；忧的是小留这四年的"读博"成绩是奇烂无比。烂到连交钱学校都不好意思收。劝他不要再浪费家里的钱。婉转告诉他。他们就算是野鸡学校。也不好意思给他文凭了。quit吧。

（待续）

## Exhibit 5

### 5. The proof of the Respondent requested the matters localized to a court in US

**To prove the fact:**

1. From 13 June 2023 to 19 July 2024, the Plaintiffs have kept in communication with the Defendant through the support@porkbun.com, abuse@porkbun.com, and legal@porkbun.com.

2. During the communication, the Defendant requested to get this request localized to a court in United States jurisdiction many times.

3. Due to the applicants do not have sufficient information about the poster, the respondent is the operator of https://fishandchips.fans, it hold the identity information of the posters, the evidence would be discoverable in the foreign jurisdiction, it will be the assistance to foreign and international tribunals and to litigants before such tribunals to find out who is the responsible person for the infringement.

**Re: About- Confirmation- Service of court documents can be by email- KB-2023-MAN -000267**

"Porkbun Legal" <legal@porkbun.com>
收件人：wwg1963@126.com
时　间：2023-8-24 5:39:50
附　件：

Hello,

Legal documents can continue to be sent to legal@porkbun.com. As we've previously stated, we would need a valid court order from a court with jurisdiction to Sherwood, Oregon, USA.

If you seek the identity or account information of a Porkbun customer in connection with a civil or criminal legal matter, you must mail or serve Porkbun LLC with a valid subpoena from a court with jurisdiction to Sherwood, Oregon, USA, or initiate a valid UDRP or URS proceeding.

If you would like to contact the registrant directly with these documents, you may do so using our contact form: How to contact a Porkbun registrant.

--
Sarah Knobloch
legal@porkbun.com

On Wed, Aug 23, 2023 at 10:00 AM PDT, 11 <wwg1963@126.com> wrote:

> Dear
>
> Sarah Knobloch
>
> Porkbun, LLC
>
> Good afternoon,
>
> Thank you for your reading this letter.
>
> Regarding the case: KB-2023-MAN-000267, it is ordered that the matter be transferred to the Royal Courts of Justice for referral to a Media and Communications List judge under the order of District Judge Moss, please see the attached.
>
> We would like to confirm whether you accept the court documents (Including claim form and others) to be served by E-mail letter in this case.
>
> If you agree, please confirm a specific email address for documents to be sent to.
>
> We had sent the below documents (Claim Form; Particulars of Claim; Form N9-N9A-to N9D and N510) to your email address as below:
>
> noreply@fishandchips.fans
>
> legal@porkbun.com;
>
> abuse@porkbun.com

support@porkbun.com

If you agree to continue using the above email address, please confirm which one will be the only one effective email address to receive the legal documents in the proceedings of this case.

If you do not agree that the litigation documents to be serviced by E-mail letter, please confirm the newest postal address details of Porkbun, LLC

Best regards,

Claimants: Wei and others

2023-8-23

On Wed, Aug 23, 2023 at 10:00 AM PDT, 11 <wwg1963@126.com> wrote:

Dear

Sarah Knobloch

Porkbun, LLC

Good afternoon,

Thank you for your reading this letter.

Regarding the case: KB-2023-MAN-000267, it is ordered that the matter be transferred to the Royal Courts of Justice for referral to a Media and Communications List judge under the order of District Judge Moss, please see the attached.

We would like to confirm whether you accept the court documents (Including claim form and others) to be served by E-mail letter in this case.

If you agree, please confirm a specific email address for documents to be sent to.

We had sent the below documents (Claim Form; Particulars of Claim; Form N9-N9A-to N9D and N510) to your email address as below:

noreply@fishandchips.fans

legal@porkbun.com;

abuse@porkbun.com

support@porkbun.com

If you agree to continue using the above email address, please confirm which one will be the only one effective email address to receive the legal documents in the proceedings of this case.

If you do not agree that the litigation documents to be serviced by E-mail letter, please confirm the newest postal address details of Porkbun, LLC

Best regards,

Claimants: Wei and others

2023-8-23

On Wed, Aug 23, 2023 at 10:00 AM PDT, 11 <wwg1963@126.com> wrote:

Dear

Sarah Knobloch

Porkbun, LLC

Good afternoon,

Thank you for your reading this letter.

Regarding the case: KB-2023-MAN-000267, it is ordered that the matter be transferred to the Royal Courts of Justice for referral to a Media and Communications List judge under the order of District Judge Moss, please see the attached.

We would like to confirm whether you accept the court documents (Including claim form and others) to be served by E-mail letter in this case.

If you agree, please confirm a specific email address for documents to be sent to.

We had sent the below documents (Claim Form; Particulars of Claim; Form N9-N9A-to N9D and N510) to your email address as below:

noreply@fishandchips.fans

legal@porkbun.com;

abuse@porkbun.com

support@porkbun.com

If you agree to continue using the above email address, please confirm which one will be the only one effective email address to receive the legal documents in the proceedings of this case.

If you do not agree that the litigation documents to be serviced by E-mail letter, please confirm the newest postal address details of Porkbun, LLC

Best regards,

Claimants: Wei and others

2023-8-23

On Sat, Aug 12, 2023 at 8:46 AM PDT, 11 <wwg1963@126.com> wrote:

Hello

Sarah Knobloch
legal@porkbun.com

Thank you for your reply.

According to the Porkbun Fraud and Abuse Reporting Center's request, I provide some documents, I forward this letter to you.

Best

weiguo

2023-8-12

-------- Forwarding messages --------

On Sat, Aug 12, 2023 at 8:41 AM PDT, 11 <wwg1963@126.com> wrote:
Hello

Sarah Knobloch
legal@porkbun.com

Thank you for your reply.

According to the Porkbun Fraud and Abuse Reporting Center's request, I provide some documents, I forward this letter to you.

Due to this case had been filed in the King's Bench Division (Manchester), we had paied the fees to the court, and the most fact is that the 2Nd Claimant was suffered from heart disease and depression due to being harassed by this case, still receiving medical treatment from NHS, so we had to take this case in the UK, hope you can understand, I think it is not easy to move this case to a court in United States jurisdiction. In the UK, the civil claim system is very convenient, you can submit documents via E-Filing system on the website of the UK, as below:

https://www.gov.uk/guidance/kings-bench-division-bring-a-case-to-the-court#applying-for-court-orders-before-the-trial

If you have any questions, please contact with me.

Best regards,

Weiguo

2023-8-12

在 2023-08-12 04:30:21，"Porkbun Legal" <legal@porkbun.com> 写道：

On Sat, Aug 12, 2023 at 8:22 AM PDT, 11 <wwg1963@126.com> wrote:
Hello,

Thank you for your reply.

I sent the two key URLs to you as below, at the same time, I attached 9 evidence to you, help you to review this case.

1. the URLs specific to posting the Title Registry documents for sale houses.

https://fishandchips.fans/t/topic/5001

2. the URLs specific to posting the cars' pictures for sale chars.

https://fishandchips.fans/t/topic/5119

3. the 373 URLs--linked with https://fishandchips.fans, in the list of URLs, we just set out 13 pages, about 373 posts linked with the URLs of your domain as:

https://fishandchips.fans/t/topic/5001

https://fishandchips.fans/t/topic/5119

4.The newest evidence –5001 on 12 Aug 2023

5.The newest evidence –5119 on 12 Aug 2023

Above 4-5 newest evidence information came from Google Search as I write to you 0n 12 Aug 2023. I marked with red line to show you the key information. This shows that the post is still maliciously spread by the poster.

6. Summary-list of IP Address of Jingping Long

7. IP-some link between the two of different IP addresses

8. Details of IP address--Jingping Long

9.Information of Reporting the crime case to Dover Town Police

**From attached 6 to 9,** we provide for your reference, I hope that will be helpful to your investigation work. Although the posters use different screen names, we believe that they are actually the same person. If you don't mind, I suggest

that you can report this case to your local police department. The person who posted the post maliciously is already a criminal offense. It not only infringes on our rights, but also interferes with your normal work. He should be punished.

I would like to explain:

(1) Jingping Long is the 1st Defendant in this case, although we think that the suspect is related to these posts, and we had provided the information to the police, there is no investigation result yet,  I don;t know why, and I still waiting for their response. I provide it to you for your reference to check the information of the poster.

(2) From 21 March 2023, we sent email letter to your website contact noreply@fishandchips.fans, and we requested your domain to delete those posts, unfortunately, we never received any response from this email address, just like before this case started, we also tried to contact you, but still no answer.

(3) We never want your company or your domain to waste time and money in this case, we just hope you can provide the Identity information of the poster according to the court order, when we get the notice from court, we will

apply to remove your domain from this case.

(4) Regarding the jurisdiction of the case, due to the 2Nd Claimant was suffered from heart disease and depression due to being harassed by this case, still receiving medical treatment from NHS, so we had to take this case in the UK,

hope you can understand. In the UK, the civil claim system is very convenient, you can submit documents via E-Filing system on the website of the UK, as below:

https://www.gov.uk/guidance/kings-bench-division-bring-a-case-to-the-court#applying-for-court-orders-before-the-trial

Best regards,

Weiguo

2023-8-12

On Fri, Aug 11, 2023 at 1:38 PM PDT, Porkbun Legal <legal@porkbun.com> wrote:
  Hello,

Thank you for forwarding those legal documents to legal@porkbun.com.

We can reopen this case in regards to domain suspension. Can you send us the URLs specific to posting the Title Registry documents?


--
Sarah Knobloch
legal@porkbun.com
On Fri, Aug 11, 2023 at 1:30 PM PDT, Porkbun Legal <legal@porkbun.com> wrote:
> Hello,

> Thank you for contacting the Porkbun Fraud and Abuse Reporting Center. Would it be possible to get this request localized to a court in United States jurisdiction?


> --
> Sarah Knobloch
> legal@porkbun.com
> On Thu, Aug 10, 2023 at 5:28 AM PDT, 11 <wwg1963@126.com> wrote:
>> Hello,

>> Thank you for your reply.

>> I had forward all legal documents --the litigation documents of the case KB-2023-MAN-000267 to legal@porkbun.com, please note them to check.

>> It's a pity that you were involved in this case, I provide some evidence to you, hope you can really know what happened. Someone used your domain committed illegal conduct, he published my three houses' Title Registry documents in your domain, without any cover-up my private information, and took some pictures of my car and my neighbour's car, then published the information for sale those houses and cars, then he forwarded the two posts and linked your domain, there are more than 840 posts linked with your domain, and it is the key you are involved. I provide just some post attached(I had translate them), you can have a conclusion after reading those evidence.

>> I think that the right way to get your domain out of this case is to provide the poster information by court order, you can use the PF 56 to provide the information.

>> Best

>> Weiguo
>> 2023-8-10

 Gmail

guo wei <wangwg2000@gmail.com>

---

**Re: KB-2023-003483- Wei & others - Service Notice of Order**

---

**Porkbun Abuse** <abuse@porkbun.com>                                      2024年6月14日 23:53
收件人：Guo Wei <wangwg2000@gmail.com>

Hello,

Thank you for contacting the Porkbun Fraud and Abuse Reporting Center.

Porkbun's policies prohibit the release of customer or account information without express permission from the customer, except when required by law, to conform to the edicts of the law, to comply with legal process properly served on Porkbun LLC, or to accommodate a Uniform Domain-Name Dispute-Resolution Policy (UDRP) or Uniform Rapid Suspension (URS) proceeding.

If you seek the identity or account information of a Porkbun customer in connection with a civil or criminal legal matter, you must mail or serve Porkbun LLC with a valid subpoena from a court with jurisdiction to Sherwood, Oregon, USA, or initiate a valid UDRP or URS proceeding. Any legal documents can be sent digitally to legal@porkbun.com.


Best,
Porkbun Fraud and Abuse Reporting Center
abuse@porkbun.com

On Fri, Jun 14, 2024 at 11:27 AM PDT, Guo Wei <wangwg2000@gmail.com> wrote:
> Hello,
>
> Thank you for replying on the matters and your advice to localize the case to a court in United States jurisdiction.
>
> Would you like to give me a specific suggestion how to localize this case, such as which court will I file a Subpoena? Would you like to give me a website information to link the court in United States jurisdiction?
>
> As I communicated with you before, the Claim KB-2023-003483 field in the King's Bench Division last year, and we had paid a lot of court fee to the matter, although the proceedings are proceeding with great difficulty, it is moving on under the CPR.
>
> According to the response of http://www.wenxuecity.com and https://www.6park.com, they stated that the defamatory posts originally came from https://fishandchips.fans/t/topic/5001, and put this as their defence, I attached the related response to you, hope you can have a further assessment on the matter.
>
> I attached the response of HM Land Registry, it is useful to your investigation. According to the response, there was only one person who obtained our Title Register documents from HM Land Registry, it's the first Defendant, Jingping Long. But how to prove that the posters who published those Title Register documents on https://fishandchips.fans, is the First Defendant, Jingping Long, this can only be solved through your disclosure of the identify information about the poster, this is the core issue faced by both criminal cases and civil cases.
>
> On 8th May 2024, the police officer, Martin, updated her crime investigation on us, she told us that she had contacted you and gave the request for the Data Protection Request Form of GDPR, we hope you can give some information for her.
>
> We applied for an court order for you to disclosure of any identity information of the poster "太空神曲", "某人的马甲", "就爱八卦",and "张三李四", such as the poster's name, email address and postal address, this will be the following proceedings after this service process is completed. We hope you can understand us and provide the identity information of the poster under the court order, in this way, you can get rid of this matter as soon as possible.
>
> Sincerely
>
> Mrs. Wei and others
>
> 14-06-2024
>
> Porkbun Abuse <abuse@porkbun.com> 于2024年6月14日周五 00:09写道：
>> Hello,
>>
>> Thank you for contacting the Porkbun Fraud and Abuse Reporting Center.
>>
>> Would it be possible to get this request localized to a court in United States jurisdiction?

Best,
Porkbun Fraud and Abuse Reporting Center
abuse@porkbun.com
On Thu, Jun 13, 2024 at 11:38 AM PDT, Guo Wei <wangwg2000@gmail.com> wrote:

Porkbun LLc

Please check the attachment。

1. Service Notice of Order

2. King's Bench Master's Listing Order dated 10th June 2024, on Jingping Long

3. King's Bench Master's Listing Order dated 10th June 2024, on DNC Holdings, Inc

Sincerely

Claimants:

Mrs. Wei and others.

13-06-2024

 Gmail

guo wei <wangwg2000@gmail.com>

---

**Re: KB-2023-003483- Wei & others - Service Notice of Order**

**Porkbun Abuse** <abuse@porkbun.com>                                                  2024年6月14日 00:08
收件人：Guo Wei <wangwg2000@gmail.com>

Hello,

Thank you for contacting the Porkbun Fraud and Abuse Reporting Center.

Would it be possible to get this request localized to a court in United States jurisdiction?


Best,
Porkbun Fraud and Abuse Reporting Center
abuse@porkbun.com

On Thu, Jun 13, 2024 at 11:38 AM PDT, Guo Wei <wangwg2000@gmail.com> wrote:

> Porkbun LLc
> Please check the attachment。
> 1. Service Notice of Order
> 2. King's Bench Master's Listing Order dated 10th June 2024, on Jingping Long
> 3. King's Bench Master's Listing Order dated 10th June 2024, on DNC Holdings, Inc
> Sincerely
> Claimants:
> Mrs. Wei and others.
> 13-06-2024

## Exhibit 6

**6. The proof of the discovery for Assistance to foreign tribunal and litigants before such tribunal**

**To prove the fact:**

1. On 10 June 2024, the applicants received the Order, it is ordered that (1) Judgment be entered for the Claimants against the First Defendant for an amount of damages to be determined by the Court at a disposal hearing, to be listed on notice, and pursuant to any further directions issued by the Court.(2) The additional remedies sought by the Claimants, including an injunction, be referred to a Judge sitting in the Media & Communications List for determination.

2. On 18 June 2024, the applicants received the Order, it is ordered that "(1) The Disposal Hearing to assess quantum of damages, directed by the Order of Master Stevens, will be before a Judge sitting in the Media & Communications List between 2nd October 2024 and 1st December 2024 with a time estimate of half a day. (2) The claim for additional remedies against the First Defendant will be heard at the Disposal Hearing…"

3. The applicants apply for the discovery for the use for Assistance to foreign and international tribunals and to litigants before the High Court of Justice King's Bench Division Media and Communication List court, and the nature of the foreign tribunal and the character of the proceedings is the Break of privacy, Harassment, and the Defamation.

4. The applicants do not conceal an attempt to circumvent foreign proof-gathering restrictions or other policies; and the discovery sought do not have unduly intrusive or burdensome.



**HM Courts & Tribunals Service**

«DisplayName»
«Address»

Ref: «Reference»

**ROYAL COURTS OF JUSTICE GROUP**
**King's Bench Division List Office**
Room E03
Royal Courts of Justice
Strand
London
WC2A 2LL

**DX 44450, Strand**

**T** 0203 936 8957
**E** kbjudgeslistingoffice@justice.gov.uk
**Text Phone** 18001 0207 947 6724
(Helpline for the deaf and hard of hearing)
https://www.justice.gov.uk/courts/court-lists/list-cause-rcj

15 Jul 2024

**Date: 15 July 2024**

**KB-2023-003483 Wei and others v Long and others**

KB-2023-003483

**NOTICE**

Following receipt of the directions order made by the Master, please can the parties provide mutually agreeable dates within the trial window ordered. These must be submitted by e-mail to kbjudgeslistingoffice@justice.gov.uk to enable the application to be listed. Please can the following information be provided:

- Names of counsel for all parties, a contact telephone number and e-mail address
- A list of mutually agreeable dates

The parties must submit this information to the King's Bench Judges Listing office by no later than **27th August 2024** by **10am.**

All listing appointments will be done by e-mail. Please note that if the King's Judges Listing Office does not receive this information by this date, it will be presumed that the party or parties have no dates to avoid, and this office will proceed to list a date. Any application to change this date must be made to the Judge in Charge of the List. An application notice must be submitted, together with reasons as to why the parties failed to supply dates within the time period stated on this letter.

If a date cannot be agreed and a hearing before a Listing Officer is required, then this can be conducted by either MS Teams of by telephone. The parties must contact the Listing Office by e-mailing kbjudgeslistingoffice@justice.gov.uk

Please e-mail this office if you have any questions. E-mails are being monitored by staff who are either working in the office or working remotely.

Claim No: KB-2023-003483

**IN THE HIGH COURT OF JUSTICE**
**KING'S BENCH DIVISION**
**MEDIA & COMMUNICATIONS LIST**

**The Honourable Mrs Justice Collins Rice DBE CB**
**18th June 2024**



**BETWEEN**

XIULING WEI
WEIGUO WANG
YIPENG WANG
ANASTASIA MARCHUK

KB-2023-003483

and

JINPING LONG
DNC HOLDINGS INC
GATECHINA INC
PORKBUN LLC

**Defendants**

---

**ORDER**

---

FURTHER TO the Order of Master Stevens dated 10th June 2024
(sealed 11th June 2024), among other things:

    (a) entering judgment for the Claimants against the First
      Defendant for an amount of damages to be determined by
      the Court at a disposal hearing ("the Disposal Hearing"),
      and

    (b) referring the claim for additional remedies sought by the
      Claimants against the First Defendant, including an
      injunction, to be determined by a Judge of the Media &
      Communications List

("the Order of Master Stevens"):

WITHOUT A HEARING
NOW IT IS ORDERED AND DIRECTED:

1. **The Disposal Hearing to assess quantum of damages, directed by the Order of Master Stevens, will be before a Judge sitting in the Media & Communications List between 2nd October 2024 and 1st December 2024 with a time estimate of half a day.**

2. **The claim for additional remedies against the First Defendant will be heard at the Disposal Hearing.**

3. **The Claimants and the First Defendant must, within 7 days of service of this Order, contact the Clerk of the Lists (kbjudgeslistingoffice@justice.gov.uk) to fix the Disposal Hearing as directed by Paragraph 1 above. Failure by the First Defendant to comply with this direction will result in the Disposal Hearing being listed without reference to the First Defendant's availability.**

4. **If the Claimants wish to rely upon any evidence at the Directions hearing, they must file and serve that evidence by 4.30pm on 22nd July 2024.**

5. **The First Defendant must file and serve any evidence in response by 4.30pm on 2nd September 2024.**

6. **The parties must cooperate in the preparation of the bundle for the Hearing.**

7. **By 10am, 5 working days before the Disposal Hearing, the Claimants must file and serve an indexed and paginated bundle for the Hearing.**

8. **By 10am, 2 working days before the Disposal Hearing, the Claimants and the First Defendant must file and serve skeletons arguments for the Hearing together with copies of any authorities relied upon.**

9. **By 10am the working day before the Hearing, the Claimants and the First Defendant must file a joint bundle of authorities.**

10.     **This Order having been made without giving the parties an opportunity to make representations, either party may apply to vary/discharge it, but any Application seeking to do so must be issued, filed and served within 7 days of the date of service of this Order 4.30pm on 21st June 2024.**

**IN THE HIGH COURT OF JUSTICE**
**KING'S BENCH DIVISION**

**Claim No.** KB-2023-003483

**Before Master Stevens**

Dated 10th June 2024
Amended 12th June 2024 pursuant CPR 40.12

**BETWEEN**



KB-2023-003483

1. Xiuling Wei

2. Weiguo Wang

3. Yipeng Wang

4. Anastasiia Marchuk

**Claimants**

- and -

1. Jingping Long

2. DNC Holdings, Inc

3. GateChina, Inc

4. Porkbun, LLC

**Defendants**

---

**ORDER**

---

**UPON** proceedings having been on issued on 19 July 2023 and served via the Foreign Process Department upon JINGPING LONG at 17 GRAND HILL DR, DOVER, Norfolk Country, MA 02030, on 30 March 2024 in accordance with the provisions of Article 5 of the Convention, together with the Court Order of 24th October 2023 and other Court documents referred to therein

**AND UPON** the First Defendant having not filed an acknowledgment of service or a defence to the claim (or any part of the claim), and the relevant time for doing so having expired

**AND UPON** the application of the Claimants dated 28th May 2024

**IT IS ORDERED** that

1.  Judgment be entered for the Claimants against the First Defendant for an amount of damages to be determined by the Court at a disposal hearing, to be listed on notice, and pursuant to any further directions issued by the Court.

2.  The additional remedies sought by the Claimants, including an injunction, be referred to a Judge sitting in the Media & Communications List for determination.

3.  Costs in the case.

**SERVICE OF THE ORDER**

The Court has sent a sealed copy of this order to:

The Claimants.

The Claimants will need to serve this Order on all parties.